UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. \_\_\_\_\_

| | |
|---|---|
| *Heather Ammel* ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | <u>*Notice of Removal to Federal Court*</u> |
| ) | |
| *Kyrsten Sinema* ) | |
|     Defendant ) | |
| _____ ) | |

    By and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Rule 11 of the Federal Rules of Civil Procedure, Defendant Kyrsten Sinema ("Defendant") respectfully removes this case from the Superior Court of Moore County, North Carolina. In support of this removal, Defendant states that :

    1.    On 30 September 2025, Plaintiff filed her Complaint in the Superior Court of Moore County, North Carolina (File No. 25CV001930-620) ("Superior Court Action").

    2.    Plaintiff asserts claims for alienation of affection and punitive damages.

    3.    In the Complaint, Plaintiff sought in excess of $25,000.

    4.    On 3 November 2025, pursuant to a stipulation signed by undersigned counsel, Plaintiff served her Summons and Complaint on Defendant.

    5.    The Complaint alleges and Defendant agrees that the parties reside in different states.

    6.    Since the Complaint was unclear whether Plaintiff sought more than $75,000, exclusive of interest and costs.

    7.    Therefore, on 1 December 2025, Defendant served a Request for Statement of Monetary Relief Sought.

8. On 18 December 2025, Plaintiff served her response. It confirms that Plaintiff seeks more than $75,000 and consents to removal of this action to the United States District Court for the Middle District of North Carolina (the "MDNC")(Exhibit 1).

9. The MDNC has original jurisdiction over the Superior Court Action pursuant to 28 U.S.C. §§ 1332(a), and it may be removed by Defendant pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 for the following reasons:

   a. At the commencement of this action and at all relevant times, Defendant is a citizen and resident of the State of Arizona.

   b. Plaintiff is a citizen and resident of North Carolina.

   c. The matter in controversy is one in which complete diversity of citizenship exists.

   d. Defendant is timely filing this removal.

   e. As confirmed by Exhibit 1, , the amount in controversy , exclusive of interest and costs, exceeds $75,000.

   f. Plaintiff consents to removal of this action to the MDNC.

10. The MDNC embraces the District in which the Superior Court Action is now pending, which is Moore County (excluding Fort Liberty and Camp Mackall). Therefore, the undersigned files this Notice of Removal from the Superior Court of Moore County, North Carolina, to the MDNC.

11. In accordance with 28 USC § 1446(a), Defendant attaches all process, pleadings, and orders of the Superior Court Action as "Exhibit 2".

12. Written notice of the filing of this Notice will be served upon Plaintiff in this action, through counsel, as required by law.

13. A copy of this Notice of Removal is being sent for filing with the Clerk of the Superior Court of Moore County, North Carolina, contemporaneously with the filing of this Notice of Removal, attached hereto as "Exhibit 3".

14. All exhibits attached to this notice are genuine, complete, and accurate copies of their respective originals and are incorporated by reference.

WHEREFORE, Defendant respectfully removes this case from the Superior Court of Moore County, North Carolina, to the United States District Court for the Middle District of North Carolina, for this case proceed therein to a final determination.

This the 13th day of January, 2026.

THE ARMSTRONG LAW FIRM, P.A.

BY: */s/ Lamar Armstrong, III*
L. Lamar Armstrong, III (NCSB# 42655)
Lamar3@ArmstrongLawyers.com
Attorney for Defendant
602 S. Third St., P.O. Box 27
Smithfield, NC 27577
Phone: (919) 934-1575
Fax: (919) 934-1846

*Certificate of Service*

I, L. Lamar Armstrong, III, certify that on 13 January 2026 I served this *Notice of Removal to Federal Court* on Plaintiff's attorneys, Thomas Van Camp (thomasv@vancamplaw.com) and Mary Catherine Coltrane (marycatherine@vancamplaw.com).

THE ARMSTRONG LAW FIRM, P.A.

BY: */s/ Lamar Armstrong, III*
L. Lamar Armstrong, III (NCSB# 42655)
Lamar3@ArmstrongLawyers.com
Attorney for Defendant
602 S. Third St., P.O. Box 27
Smithfield, NC 27577
Phone: (919) 934-1575
Fax: (919) 934-1846