**STATE OF NORTH CAROLINA**

**COUNTY OF MOORE**

**IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE No. 25CV001930-620**

|  |  |  |
|---|---|---|
| HEATHER AMMEL, | ) | |
| Plaintiff, | ) | |
|  | ) | **PLAINTIFF'S STATEMENT OF** |
| v. | ) | **MONETARY RELIEF SOUGHT** |
| KYRSTEN SINEMA, | ) | |
| Defendant. | ) | |

**NOW COMES** Plaintiff, by and through counsel, pursuant to Rule 8(a)(2) of the North Carolina Rules of Civil Procedure, and responds to the Defendant's Request for Statement of Monetary Relief Sought. Plaintiff states that Plaintiff and Plaintiff's counsel are still compiling information regarding damages sustained and that the amount of monetary relief sought is in excess of $75,000.00. Counsel for Plaintiff will consent to remove this action to the United States District Court for Middle District of North Carolina.

This, the 18th day of December 2025.

> **VAN CAMP, MEACHAM & NEWMAN, PLLC**
> *Attorneys for Plaintiff*
>
> BY: _____
> Thomas M. Van Camp, N.C. State Bar No. 16872
> Mary Catherine Coltrane, N.C. State Bar No. 60820
> Post Office Box 1389
> Pinehurst, North Carolina 28370
> Telephone: (910) 295-2525
> Facsimile: (910) 295-5101
> thomasv@vancamplaw.com
> marycatherine@vancamplaw.com

**EXHIBIT
1**

1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this date served the foregoing **PLAINTIFF'S STATEMENT OF MONETARY RELIEF SOUGHT** upon the persons listed below via email addressed as follows:

> THE ARMSTRONG LAW FIRM, P.A.
> L. Lamar Armstrong, Jr., Esq.
> *Attorney for Defendant*
> 602 South Third Street
> Post Office Box 27
> Smithfield, North Carolina 27577
> Telephone: (919) 934-1575
> Facsimile: (919) 934-1846
> Lamar@ArmstrongLawyers.com

This, the 18th day of December 2025.

VAN CAMP, MEACHAM & NEWMAN, PLLC
*Attorneys for Plaintiff*

By: _____

Thomas M. Van Camp, N.C. State Bar No. 16872
Mary Catherine Coltrane, N.C. State Bar No. 60820
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com
marycatherine@vancamplaw.com

2