UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:26-cv-38

| | |
|---|---|
| *Heather Ammel* )<br>   Plaintiff )<br> )<br>v. )<br> )<br>*Kyrsten Sinema* )<br>   Defendant )<br>_____ ) | *Notice of Removal to Federal Court* |

    PLEASE TAKE NOTICE that Defendant Kyrsten Sinema ("Defendant") has this day filed a Notice of Removal to Federal Court with the United States District Court for the Middle District of North Carolina, for the removal of this action from Moore County Superior Court, North Carolina, to the United States District Court for the Middle District of North Carolina. A copy of the Notice of Removal to Federal Court, electronically filed with the Federal Court, is attached hereto as "Exhibit A".

    This the 13th day of January, 2026.

                                                    THE ARMSTRONG LAW FIRM, P.A.

                                                    BY: */s/ Lamar Armstrong, III*
                                                    L. Lamar Armstrong, III (NCSB# 42655)
                                                    Lamar3@ArmstrongLawyers.com
                                                    Attorney for Defendant
                                                    602 S. Third St., P.O. Box 27
                                                    Smithfield, NC 27577
                                                    Phone: (919) 934-1575
                                                    Fax: (919) 934-1846

                                             *Certificate of Service*

    I, L. Lamar Armstrong, III, certify that on 13 January 2026 I served this *Notice of Removal to Federal Court* on Plaintiff's attorneys, Thomas Van Camp (thomasv@vancamplaw.com) and Mary Catherine Coltrane (marycatherine@vancamplaw.com).

EXHIBIT 3