# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEATHER AMMEL | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) |
| KYRSTEN SINEMA | ) ) |
| Defendant(s). | ) |

**Case No.:** 1:26-cv-00038-DAB-JEP

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Kyrsten Sinema__ who is __Defendant__,
(Name of Party)           (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          (✓) No

2. Does party have any parent entities?

    ( ) Yes          (✓) No

    If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
    _____
    _____

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes           (✓) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes           (✓) No

   If yes, identify all such owners: _____
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes           (✓) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. <u>In all cases</u>, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of  n/a_____ and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   _____          _____
   (name of member or partner)        (state of citizenship)

   _____          _____
   (name of member or partner)        (state of citizenship)

   _____          _____
   (name of member or partner)        (state of citizenship)

   _____          _____
   (name of member or partner)        (state of citizenship)

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| | |
|---|---|
| /s/ Steven B. Epstein | January 16, 2026 |
| (Signature) | (Date) |

3

Case 1:26-cv-00038-DAB-JEP   Document 10   Filed 01/16/26   Page 3 of 3