UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-00038-DAB-JEP

| | | |
|---|---|---|
| *Heather Ammel* | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | *Motion to Withdraw as Defendant's Counsel* |
| | ) | |
| *Kyrsten Sinema* | ) | |
|     Defendant | ) | |
| _____ | ) | |

    Pursuant to Rule 83.1(e) of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina (Local Rules) and Rule 1.16 of the Revised Rules of Professional Conduct of the North Carolina State Bar, L. Lamar Armstrong, III (Armstrong) moves the Court for an order allowing his withdrawal as counsel of record for the defendant Kyrsten Sinema (Sinema) and shows the Court:

    1.    Sinema has retained new counsel for this matter, Stephen Epstein, who on 16 January 2026 filed a notice of appearance with the Court.

    2.    Sinema has thus informed Armstrong that his services are no longer needed and terminated her fee agreement with Armstrong and his firm.

    3.    As the Court file reflects, this action is new, no motions or trial are scheduled, and therefore nobody is prejudiced by Armstrong's withdrawal.

    4.    Good cause exists to grant this Motion.

    5.    Sinema and plaintiff's counsel both consent to this Motion.

    6.    Armstrong will provide all pleadings, discovery, and other documents in electronic format in a OneDrive drop box to Sinema and her new attorney to facilitate a convenient transition.

    WHEREFORE, Armstrong respectfully requests leave of Court to withdraw from this case, and for other relief as is proper.

This the 5th day of February, 2026.

                        THE ARMSTRONG LAW FIRM, P.A.

                        BY: */s/ Lamar Armstrong, III*
                        L. Lamar Armstrong, III (NCSB# 42655)
                        Lamar3@ArmstrongLawyers.com
                        Attorney for Defendant
                        602 S. Third St., P.O. Box 27
                        Smithfield, NC 27577
                        Phone: (919) 934-1575
                        Fax: (919) 934-1846

## *Certificate of Service*

     I, L. Lamar Armstrong, III, certify that on 19 January 2026 I electronically filed the foregoing with he Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record; and I certify that, pursuant to Local Rule 83.1(e)(3), I mailed a copy of the foregoing to Sinema at her mailing address: 3104 E Camelback Rd, PMB #622, Phoenix, AZ 85016.

                        THE ARMSTRONG LAW FIRM, P.A.

                        BY: */s/ Lamar Armstrong, III*
                        L. Lamar Armstrong, III (NCSB# 42655)
                        Lamar3@ArmstrongLawyers.com
                        Attorney for Defendant
                        602 S. Third St., P.O. Box 27
                        Smithfield, NC 27577
                        Phone: (919) 934-1575
                        Fax: (919) 934-1846