UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-00038-DAB-JEP

| | |
|---|---|
| HEATHER AMMEL,<br><br>           Plaintiff,<br><br>v.<br><br>KYRSTEN SINEMA,<br><br>           Defendant. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Kyrsten Sinema ("Defendant"), by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), respectfully submits this Motion for Extension of Time to Respond to Plaintiff's Complaint. In support of this motion, Defendant shows unto the Court the following:

1. Plaintiff filed her Complaint in the Superior Court of Moore County, North Carolina on September 30, 2025.

2. Through her prior counsel, Defendant accepted service of the Summons and Complaint on November 3, 2025.

3. On January 13, 2025, through her prior counsel, Defendant filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

4. The undersigned and his law firm entered an appearance in this matter on January 16, 2025 and sought an extension of time on behalf of Defendant to file responsive pleadings. Via text order, the Court extended Defendant's time to file responsive pleadings until Thursday, February 19, 2026. The text order also required

the parties to meet and confer regarding any anticipated motions to determine if some type of resolution was possible prior to filing any such motions.

5. On February 10 and February 16, counsel for the parties met and conferred in good faith and discussed Defendant's anticipated motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Through these discussions, it became clear that: (1) the parties are in sharp disagreement over whether personal jurisdiction over Defendant exists; (2) each party possesses factual evidence not currently available to the other that is relevant to personal jurisdiction; and (3) discovery related to those factual issues is likely critical to the Court being able to resolve Defendant's anticipated Rule 12(b)(2) motion. As a result, Defendant currently believes it is premature to brief the issue of personal jurisdiction in the absence of factual evidence that can only be acquired through jurisdictional discovery.

6. The parties are in need of additional time to develop, negotiate, and hopefully reach agreement on a discovery plan to submit to the Court for its approval to guide jurisdictional discovery and further deadlines associated with Defendant's anticipated Rule 12(b)(2) motion.

7. Defendant seeks a 21-day extension of time, to and including March 12, 2026, to file responsive pleadings to Plaintiff's complaint—during which time Defendant anticipates reaching agreement with Plaintiff regarding a discovery plan to permit jurisdictional discovery to proceed prior to the filing of Defendant's Rule 12(b)(2) motion.

2

Case 1:26-cv-00038-DAB-JEP    Document 13    Filed 02/16/26    Page 2 of 4

8. This motion is made in good faith and not for the purposes of delay.

9. Defendant previously requested one extension of time in this matter as noted above.

10. Pursuant to Local Rule 6.1(a), Defendant's counsel consulted with Plaintiff's counsel prior to the filing of this motion. Plaintiff has consented to Defendant's motion for a 21-day extension of time in which to answer or otherwise respond to the Complaint.

WHEREFORE, Defendant respectfully requests that this Court grant a 21-day extension of time in which to respond to Plaintiff's Complaint, up to and including Thursday, March 12, 2026.

Respectfully submitted the 16th day of February 2026.

**POYNER SPRUILL LLP**

By: /s/ Steven B. Epstein
Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075

*Attorney for Defendant Kyrsten Sinema*

3

## CERTIFICATE OF SERVICE

      I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

      This the 16th day of February 2026.

                                             /s/ Steven B. Epstein
                                             Steven B. Epstein