UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-00038-DAB-JEP

HEATHER AMMEL,

                Plaintiff,

v.

KYRSTEN SINEMA,

                Defendant.

## DEFENDANT'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Defendant Kyrsten Sinema, by and through her undersigned counsel, respectfully moves this Court to dismiss this action for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Pursuant to LR 7.3(a), Defendant files her supporting brief in conjunction with this motion.

Pursuant to LR 7.3(e), Defendant relies on the following attached exhibits in support of this motion:

    A.    Declaration of Kyrsten Sinema

    B.    Declaration of Matthew Joseph Ammel

    C.    Excerpts of Transcript of Deposition of Heather Ammel

### CERTIFICATE OF COMPLIANCE

Pursuant to the text orders extending Defendant's time to file responsive pleadings/motions, the undersigned hereby certifies that, prior to filing this motion, he conferred in good faith with counsel for Plaintiff regarding the grounds for Defendant's motion. The parties were unable to resolve or narrow the issues despite their good-faith efforts to do so.

WHEREFORE, Defendant respectfully requests that the Court dismiss this action in its entirety due to an absence of personal jurisdiction over her.

Respectfully submitted the 12th day of March, 2026.

                                      **POYNER SPRUILL LLP**

By: /s/ Steven B. Epstein
Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075

*Attorney for Defendant Kyrsten Sinema*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        Thomas M. Van Camp
        Mary Catherine Coltrane
        Van Camp, Meacham & Newman, PLLC
        Post Office Box 1389
        Pinehurst, NC 28370
        thomasv@vancamplaw.com
        marycatherine@vancamplaw.com

This the 12th day of March 2026.

        /s/ Steven B. Epstein
        Steven B. Epstein