

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-00038-DAB-JEP

HEATHER AMMEL,

                       Plaintiff,

      v.

KYRSTEN SINEMA,

                  Defendant.

## <u>DECLARATION OF MATTHEW JOSEPH AMMEL</u>

I, MATTHEW JOSEPH AMMEL, declare and state as follows:

1.     I am over the age of eighteen and am competent to make this declaration. I have personal knowledge of all facts described below.

2.     Plaintiff and I were married on October 23, 2010. Our marital relationship ended in October 2024.

3.     I was in the United States Army until my official retirement in 2022. Plaintiff and I were living in Moore County, North Carolina at the time with our three children.

4.     In 2022, I began working as an independent contractor for four different companies: as a firearms instructor for Ridgeline Defense, LLC ("Ridgeline"), a firearms training facility in New Hampshire; as a firearms instructor for Staccato 2011, LLC ("Staccato"), a firearms manufacturer based in Texas; as a maritime operations instructor for Consolidated Analysis Centers, Inc. ("CACI") in Tunisia, North Africa; and as a private security guard for Toa Group, LLC ("Toa Group"), a security services company based in Arizona. As part of my work for Toa Group, I was a member of security details for Defendant. During 2022, my travel for these four companies was extensive—throughout the United States and, for CACI, in Tunisia. In

addition, during the summer, I traveled with my wife and children by car across the country to visit our extended family members in Kansas for approximately two weeks. Thus, I was rarely in North Carolina during 2022, on average only a few days per month.

5. I continued working for Ridgeline, Staccato, and Toa Group in 2023. My travel for these three companies throughout the United States was extensive. I also traveled to Mexico for medical treatment. In addition, during the summer, I traveled with my wife and children by car across the country to visit our extended family members in Kansas for approximately two weeks. Thus, I was rarely in North Carolina during 2023, on average only a few days per month.

6. In October 2023, I ceased working as a private security guard for Toa Group and began working as a private security guard for Kinsaker Security Group, LLC ("Kinsaker"), a security services company based in Arizona. I worked for Kinsaker as an independent contractor. As part of my work for Kinsaker, I was a member of security details for Defendant. As a private security guard affiliated with Kinsaker, my travels across the United States actually increased from the work I had been doing for Toa Group.

7. During the first half of 2024, I continued working as an independent contractor for Ridgeline and Staccato and was providing firearms training across the country. I also continued working as a private security guard for Kinsaker, providing security services across the country.

8. In June 2024, I was hired by the United States Senate as a W2 employee to provide security services on governmental trips, both across the country and throughout the world. Once I began that W2 employment, I stopped working for Ridgeline and for Staccato, but continued my work providing security services for Kinsaker across the country. My work for both the United States Senate and Kinsaker in 2024 included being a member of security details

2

for Defendant.  My travels outside of North Carolina were even more extensive in 2024 than they had been in 2022 and 2023 and kept me away from North Carolina during most of the year.

9.  During the summer of 2024, my wife, children, and I once again drove to Kansas to visit our extended family members there and eventually drove to Oregon as well.  We left North Carolina on June 12 and did not return until July 6.  On June 14, while my wife and children were in Kansas, I departed to provide security services for Defendant in New York, Arizona, and Los Angeles.  I returned to Kansas City at about 12:20 a.m. on June 22.  Plaintiff picked me up from the airport we drove to my in-laws' residence in Leavenworth together.  I remained with Plaintiff and my family until we returned to North Carolina on July 6.

10.  I provided security services for Defendant in Phoenix, AZ from October 1-3, 2024.

11.  A true and accurate copy of text message exchanges between myself and Plaintiff—excerpted for brevity—is attached hereto as Exhibit 1.  My texts are shaded in gray and Plaintiff's are shaded in blue.

12.  On October 3, as I was flying to North Carolina from Phoenix, I texted Plaintiff the following message:  "Do I need to get a hotel tonight?"  Plaintiff responded as follows:

> At this point all I care about is protecting my children and preventing as much as possible any more emotional harm you're inflicting on them because of your selfish decisions.  You are being manipulative asking about the hotel when you know damn well you told the kids you would be home today and they're expecting to see you.  You've requested to separate many times.  It's your decision to leave.  That being said, ONLY BECAUSE it's my daughter's 13th birthday tomorrow, and in no way do I want her to associate this with her birthday, you can stay at the house until Sunday when you leave for your next trip. But thereafter, you need to get a hotel or apartment.  Don't ask me again. That's my answer.

Ex. 1, p. 336.

13.     I stayed at the marital residence in North Carolina for the next three nights, October 3, 4, and 5.  During that time, I slept downstairs in the spare bedroom, a floor below the master bedroom.  I then departed for Phoenix, AZ on October 6 for a work trip that involved providing security for a group of hikers in the Grand Canyon, including Defendant.

14.     That same day, October 6, Plaintiff texted me the following message:  "I know you've got a busy week ahead but if you have a few spare minutes this puts it really well.  About how to do a structured separation.  I love you and hope you have a good week."  Ex. 1, p. 343.  As of that date, as is indicated in Plaintiff's text, we had already decided we were going to separate and were working on the logistics of our separation.

15.     The work trip I began on October 6, 2024 lasted until October 11.  Before I departed Phoenix on Friday morning October 11, I received text messages from Plaintiff as follows:

> Please make sure to have a hotel arranged from Saturday to Friday.  I will be in class Wednesday and Thursday this week.  That is your opportunity to come finish the office project.  When I am home, you can't be.  You can come pick up the kids for school.  There are games Monday and Wednesday this week where you can meet us.  I highly suggest you use this week to find an apartment and therapist.  You need help, Matt.  You are destroying every relationship you have with your poor choices.  When we tell the kids on Saturday, I will not take the fall for your choices.  These are consequences for the choices you've made, and you haven't made choices that protect your marriage or your family.
>
> You have repeatedly told me you want a divorce.  I won't allow you to continue to hurt me or the kids.

Ex. 1, p. 352.

16.     Following my receipt of Plaintiff's October 3 and October 11 text messages, I began making arrangements to live separate and apart from her.  I visited the apartment community Tylers Ridge at Sand Hills Apartments in Southern Pines, NC ("Tylers Ridge") on

4

Monday, October 14 and toured one of their apartments. I learned that they could have an apartment ready for me to move into before the end of October. I informed Plaintiff later that day that I had found an apartment and would be moving into it as soon as it was ready. As of that discussion, we had a very clear, mutual understanding that our marriage was over and that I would be moving out of the marital residence and into an apartment at Tylers Ridge as soon as possible.

17.     I stayed at the marital residence in North Carolina October 12 through October 18. During that time, I slept in the spare bedroom downstairs, a floor below the master bedroom. Plaintiff and I had no physical contact of any kind during that time period.

18.     On Tuesday, October 15, 2024, I received an email from Tylers Ridge following up on my visit there the prior day. A true and accurate copy of that email is attached hereto as Exhibit 2.

19.     Plaintiff and I had an appointment with her therapist at 2:00 p.m. on October 17, 2024. At that appointment, we discussed the fact that we were in the process of separating and that I had found an apartment at Tylers Ridge that I planned to move into shortly.

20.     From October 19-21, I traveled to Miami, FL with Plaintiff and our three children to see a Taylor Swift concert, an event that had been planned for several months. For the two nights we were in Miami, we had separate hotel rooms. I had one room with our son and Plaintiff had another room with our daughters. Plaintiff kept forgetting my room number and had to text me to have me remind her. *See* Ex. 1, p. 375. I did not have any physical contact of any kind with Plaintiff during our entire trip to Miami. We went together on this trip despite being in the process of separating because we did not want to disappoint our children.

21.     On October 21, I left Miami for a work trip in Phoenix, AZ and Las Vegas, NV and returned to North Carolina on October 23. I provided security services to Defendant on that trip. I stayed in the martial residence the evenings of October 23 and 24. During that time, I slept in the spare bedroom downstairs, a floor below the master bedroom. Plaintiff and I had no physical contact of any kind during that time period.

22.     I submitted my lease application to Tylers Ridge on Thursday, October 24. True and accurate copies of emails I received from Tylers Ridge acknowledging receipt of my lease application materials are attached hereto as Exhibit 3.

23.     I am aware that Plaintiff has alleged in paragraph 46 of her complaint in this action that shortly after I returned from my October 21-23 work trip to Phoenix and Las Vegas, I "insisted" that Plaintiff and I "go together on an anniversary trip to Nashville, Tennessee." That allegation is false. I have reviewed my text message history with Plaintiff in order to reconstruct how that trip to Nashville actually came about.

24.     Plaintiff and I had been wanting to see a concert by country artist Sturgill Simpson. Plaintiff searched online for tickets in early August 2024 and informed me she could not find affordable tickets. *See* Ex. 1, p. 165. That September, we made tentative plans to see his concert in Greensboro, but I had to back out due to my extensive travels. *See* Ex. 1, p. 293. At that time, Plaintiff and I discovered he was scheduled to perform in Nashville on October 25 as well as in Georgia about the same time. *See* Ex. 1, p. 294. Plaintiff suggested that we go to Nashville for a couple of nights and have her mother watch the kids. *See* Ex. 1, pp. 294-95. I told her that should work. At no point did we discuss anything about our anniversary. We actually made no plans for our anniversary other than me taking my son to his baseball game. *See* Ex. 1, p. 313.

25.     I booked our flights to Nashville to see the Sturgill Simpson concert on September 23.  Ex. 1, pp. 325-27.  That was ten days before Plaintiff instructed me to find another place to live.  Following her second directive for me to find another place to live on October 11, she texted me, "Are we going on our sturgill date[?]"  I responded, "Yes I would like to."  Ex. 1, p. 359.  In view of the fact that we were in the midst of separating, this trip—which ended up being just one night—was nothing more than a way for us to see an artist we both love.  We discussed in advance that the trip would be a nice way of saying "goodbye" to our marriage and all the years we had together.  There was nothing romantic about this trip whatsoever.  By then, our marriage had been over for weeks for all intents and purposes.

26.     We flew to Nashville the morning of the concert, did some sightseeing, and went to the concert that evening at the Bridgestone Arena.  Though we did stay in the same hotel room, I slept on the couch.  We had no physical contact of any kind during our entire time in Nashville.  The next morning, Saturday, October 26, Plaintiff boarded a flight for RDU and I boarded a flight for Phoenix, AZ.  Our physical separation—along with my intent to permanently separate from Plaintiff—began at that moment.  We never again spent an evening together.

27.     At no point during the October 25-26 trip to Nashville did Plaintiff and I discuss the notion of continuing our marriage.  The marriage effectively ended when Plaintiff instructed me to move out of the marital residence in early October.

28.     I began a seven-day work trip on Saturday, October 26 that included time in Phoenix, AZ and in the Middle East.  My rental application at Tylers Ridge was approved that same morning, October 26, and I paid my $200.00 security deposit that day.  True and accurate copies of emails I received from Tylers Ridge confirming the approval of my lease application and the payment of my security deposit are attached hereto as Exhibit 4.

7

29.     I returned to North Carolina on Friday, November 1 and moved into my new apartment at Tylers Ridge that day.  I did not return to the marital residence again other than to see my children, perform handiwork, or to retrieve my belongings.

30.     I declare under the penalty of perjury and the laws of the United States that the foregoing is true and accurate.

This the 3 day of March, 2026.

MATTHEW JOSEPH AMMEL

8

**8/5/24, 6:15 PM**
iPhone (87) (19132403852)

Oct 22

**8/5/24, 6:16 PM**
iPhone (87) (19132403852)

We can hold off on sturgill for a little bit

**8/5/24, 6:16 PM**
iPhone (87) (19132403852)

That was just the cheapest I've seen so far for his tix

**8/5/24, 6:16 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I really want to go. It's just going to be really busy around then.

**8/5/24, 6:17 PM**
iPhone (87) (19132403852)

Yeah, let's play it by ear 👍🏻

**8/5/24, 6:17 PM**
iPhone (87) (19132403852)

Did you see scout had half siblings

**8/5/24, 6:18 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah. I want one…I just don't know

**8/5/24, 6:18 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I really do want to breed scout and get his little dude

**8/5/24, 6:19 PM**
iPhone (87) (19132403852)

Yeah, I feel the same. I might go look at the puppies when I'm in Kansas with the girls. If I do, I'll ask the breeder if maybe we can arrange things

**8/5/24, 6:19 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah that's a good idea

EXHIBIT
1

**9/19/24, 11:49 AM (Viewed 9/19/24, 11:56 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)



Done

**9/19/24, 11:56 AM**
iPhone (87) (melansonh@yahoo.com)

Thank you 🙏

**9/19/24, 12:03 PM (Viewed 9/19/24, 12:04 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Of course! I'm glad they moved it. That fucking flight better not be gay

**9/19/24, 12:06 PM (Viewed 9/19/24, 12:15 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I'm not going to be able to go to sturgill in Greensboro. We got invited to a MAPS event in Vegas. I'll catch the red eye home and be there for our anny. Can I get us tickets someplace else?

**9/19/24, 12:15 PM**
iPhone (87) (melansonh@yahoo.com)

Ah bummer. We'll talk about it when you get home

**9/19/24, 12:16 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Could you go to GA on the 24th?

**9/19/24, 12:16 PM (Delivered 9/19/24, 12:17 PM)**
iPhone (87) (melansonh@yahoo.com)

Yeah possibly let me talk to my mom

**9/19/24, 12:17 PM**
iPhone (87) (melansonh@yahoo.com)

Is there a Nashville date too?

**9/19/24, 12:17 PM (Viewed 9/19/24, 12:20 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

25th

**9/19/24, 12:20 PM**
iPhone (87) (melansonh@yahoo.com)

Let me talk to my mom. Are you going Miami to Vegas

**9/19/24, 12:21 PM (Viewed 9/19/24, 12:22 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Mia-phx-las

**9/19/24, 12:22 PM**
iPhone (87) (melansonh@yahoo.com)

🤦 dang

**9/19/24, 1:39 PM**
iPhone (87) (melansonh@yahoo.com)

So that Georgia show is only five hours away on thursday. Or we go to Nashville for a couple nights?

**9/19/24, 1:57 PM**
iPhone (87) (melansonh@yahoo.com)
Message was edited 9/19/24, 1:57 PM

My mom is going to verify with work that she be here to watch the kids. It sounds doable. She also said she has time off right before we fly to Miami if we want her to come early and watch

294

scout. That just means she would be in town for a solid week, if you're ok w that.

**9/19/24, 3:01 PM (Viewed 9/19/24, 3:02 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah that should work

**9/19/24, 3:07 PM**
iPhone (87) (melansonh@yahoo.com)

Ok, we can talk more about it in person tomorrow

**9/19/24, 3:15 PM (Viewed 9/19/24, 3:16 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I'm about to ride the dc metro…if you don't hear back from me

**9/19/24, 3:16 PM**
iPhone (87) (melansonh@yahoo.com)

Haha I'm so confused on where you are. Are you going to new York?

**9/19/24, 3:16 PM**
iPhone (87) (melansonh@yahoo.com)

Bubba is back inside from playing if you want to call

Sunday. We can do pizza and cake, and breakfast. Shane, Joey, and Bodhi

**9/22/24, 12:59 PM**
iPhone (87) (melansonh@yahoo.com)

Maybe we can set up the projector for them to watch a movie on the porch

**9/22/24, 1:12 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah

**9/22/24, 1:23 PM**
iPhone (87) (melansonh@yahoo.com)

You'll be able to take bubba man to his game on our anniversary at 6? I'll be getting my mom from the airport at 5:30 and come straight to the game.

**9/22/24, 1:23 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah

**9/22/24, 1:23 PM**
iPhone (87) (melansonh@yahoo.com)

Cool. Can you book our hotel?

**9/22/24, 1:27 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Can you send me a picture of your Credit card

**9/22/24, 1:28 PM**
iPhone (87) (melansonh@yahoo.com)

Your new card is here. Would you rather I activate it and send to a picture?

**9/22/24, 1:28 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah

**9/23/24, 5:11 PM**
iPhone (87) (melansonh@yahoo.com)

> Are the kids and I sitting by each other on that flight out

**9/23/24, 5:12 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

The flight took off before I could change it. Kyrsten has to go vote then she's going to call concierge and change them.

**9/23/24, 5:13 PM**
iPhone (87) (melansonh@yahoo.com)

> Tell her thank you 🙏 thank goodness I looked for that Nashville flight or it would've gone unnoticed

**9/23/24, 5:13 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yes thank you!

**9/23/24, 5:13 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I don't know how I fucked that up

**9/23/24, 5:13 PM**
iPhone (87) (melansonh@yahoo.com)

> You have a lot going on. Its okay

**9/23/24, 5:14 PM**
iPhone (87) (melansonh@yahoo.com)

> Do you want to book those Nashville flights I sent you?

**9/23/24, 5:17 PM (Viewed 9/23/24, 5:21 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

What's your AADVANTAGE #



BF720A6

Matthew Ammel (matthew.ammel@hotmail.com)



iPhone (87) (melansonh@yahoo.com)

Those dates are right 😂 yeah! I can't wait

**9/23/24, 5:45 PM**
iPhone (87) (melansonh@yahoo.com)

Cooper just got a legit home run

**9/23/24, 5:45 PM (Viewed 9/23/24, 5:46 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Dang

**9/23/24, 5:50 PM**
iPhone (87) (melansonh@yahoo.com)

He's going to be pumped to talk to you tonight

**9/30/24, 1:28 PM (Viewed 9/30/24, 1:32 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah

**9/30/24, 5:44 PM (Delivered 9/30/24, 7:50 PM)**
iPhone (87) (melansonh@yahoo.com)

Cooper just told me he wishes you were home. I think you need to do some serious soul searching. Really evaluate the decisions you're making. The consequences are going to be devastating.

**10/3/24, 12:12 PM (Viewed 10/3/24, 12:46 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Do I need to get a hotel tonight?

**10/3/24, 1:28 PM**
iPhone (87) (melansonh@yahoo.com)

At this point all I care about is protecting my children and preventing as much as possible any more emotional harm you're inflicting on them because of your selfish decisions. You are being manipulative asking about the hotel when you know damn well you told the kids you would be home today and they're expecting to see you. You've requested to separate many times. It is your decision to leave. That being said, ONLY BECAUSE it's my daughter's 13th birthday tomorrow, and in no way do I want her to associate this with her birthday, you can stay at the house until Sunday when you leave for your next trip. But thereafter, you need to get a hotel or apartment. Don't ask me again. That's my answer.

**10/6/24, 7:15 PM**
iPhone (87) (melansonh@yahoo.com)

I know you've got a busy week ahead but if you have a few spare minutes this puts it really well. About how to do a structured separation. I love you and I hope you have a good week.

**10/7/24, 10:09 AM**
iPhone (87) (melansonh@yahoo.com)

The therapist can see us Thursday the 17th at 2

**10/7/24, 10:40 AM (Viewed 10/7/24, 10:44 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Loved "I know you've got a busy week ahead but if you hav…"

**10/7/24, 10:40 AM (Viewed 10/7/24, 10:44 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Liked "The therapist can see us Thursday the 17th at 2"

**10/7/24, 12:31 PM**
iPhone (87) (melansonh@yahoo.com)

I got our taxes situated if you get a second to call I can run you through it

**10/7/24, 1:26 PM (Viewed 10/7/24, 1:52 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I have to do this clearance thing. I will call before we leave.

**10/7/24, 1:52 PM**
iPhone (87) (melansonh@yahoo.com)

Liked "I have to do this clearance thing. I will call bef…"

**10/7/24, 3:07 PM**
iPhone (87) (melansonh@yahoo.com)

Are you finished with the clearance

**10/10/24, 7:05 PM**
iPhone (87) (melansonh@yahoo.com)

It doesn't really look like you're working very hard. You could sit around at HER house but not contact your kids until I said something.

**10/10/24, 7:05 PM**
iPhone (87) (melansonh@yahoo.com)

Don't ever call them from her house again.

**10/10/24, 8:50 PM (Viewed 10/10/24, 8:52 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

What year was Regina?

**10/10/24, 8:52 PM**
iPhone (87) (melansonh@yahoo.com)

2016

**10/10/24, 9:02 PM (Viewed 10/11/24, 5:10 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Thanks

**10/11/24, 7:43 AM**
iPhone (87) (melansonh@yahoo.com)

Please make sure to have a hotel arranged from Saturday to Friday. I will be in class Wednesday and Thursday this week. That is your opportunity to come finish the office project. When I am home, you can't be. You can come to pick up the kids for school. There are games Monday and Wednesday this week where you can meet us. I highly suggest you use this week to find an apartment and therapist. You need help, Matt. You are destroying every relationship you have with your poor choices. When we tell the kids on Saturday, I will not take the fall for your choices. These are consequences for the choices you've made, and you haven't made choices that protect your marriage or your family.

**10/11/24, 7:45 AM**
iPhone (87) (melansonh@yahoo.com)

You have repeatedly told me you want a divorce. I won't allow you to continue to hurt me or the kids.

**10/11/24, 1:38 PM**
iPhone (87) (melansonh@yahoo.com)

Is there hope

**10/11/24, 5:32 PM**
iPhone (87) (melansonh@yahoo.com)

Are we going on our sturgill date

**10/11/24, 5:32 PM (Viewed 10/11/24, 5:33 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)
Message is a reply to thread: "Are we going on our sturgill date"

Yes I would like to

**10/11/24, 5:33 PM**
iPhone (87) (melansonh@yahoo.com)



**10/11/24, 5:34 PM**
iPhone (87) (melansonh@yahoo.com)



**10/11/24, 8:59 PM (Delivered 10/11/24, 9:13 PM)**
iPhone (87) (melansonh@yahoo.com)



**10/20/24, 10:02 AM**
iPhone (87) (melansonh@yahoo.com)



**10/20/24, 11:02 AM**
iPhone (87) (melansonh@yahoo.com)

What's your room number again?

**10/20/24, 11:16 AM (Viewed 10/20/24, 12:35 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

1424

**10/20/24, 1:25 PM (Viewed 10/20/24, 2:36 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Where are you guys?

**10/20/24, 3:03 PM**
iPhone (87) (melansonh@yahoo.com)

Wanna come down so coop can get dressed? His jeans are down here

**10/20/24, 3:04 PM (Viewed 10/20/24, 3:09 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Coming

**10/20/24, 3:09 PM**
iPhone (87) (melansonh@yahoo.com)

That's what she said

**10/20/24, 10:49 PM**
iPhone (87) (melansonh@yahoo.com)

😂

**10/20/24, 10:50 PM**
iPhone (87) (melansonh@yahoo.com)

I had like ten glasses of Dom

**From:** Tyler's Ridge at Sand Hills <Leasing_Office-tylersridge@knck.io>
**Date:** October 15, 2024 at 10:15:17 MST
**To:** m.ammel3222@gmail.com
**Subject: Your rental inquiry at Tyler's Ridge at Sand Hills**
**Reply-To:** Tyler's Ridge at Sand Hills <chats-GOKK46TC-1729011482+prospect+1055603280@knck.io>

Good afternoon, Matt!
***Thank you for your interest in Tyler's Ridge at Sandhills!***
We are excited to welcome you to our Tyler's Ridge family! We are conveniently located in beautiful Southern Pines, North Carolina - nestled between countless world-renowned golf destinations, the Moore County Airport, premier shopping destinations, Sandhills Community College, the Moore County Reservoir Park, and much, much more!

You will love our spacious 1, 2, and 3-bedroom apartment floorplans! Take an online virtual tour, browse our amazing amenities, explore our photo gallery, view current availability, and complete an application with us - all on our community website!
***Your Tyler's Ridge at Sandhills luxury apartment is just a few clicks away - just follow these quick steps:***
1. Click the link below to be directed to our property website.
www.TylersRidgeApartments.com
2. Click "Apply Now"
3. Select your desired floorplan, apartment unit, and move-in date!
4. Complete all application information requested for all lease holders.
*Payment of $75.00 application fee, per applicant is required for application to be fully committed.*
<mark>*All units highlighted below - Move In Special.. Apply Now and Move In by 09.30.2024 and receive 1st FULL MONTH FREE RENT on all 12-15 Month Leases!*</mark>
**1-Bedroom 1-Bathroom**

- 3105-M / $1,395 / Available *NOW* / 3rd Floor
- 1109-M / $1,450 / Available *NOW* / 1st Floor
- 5211-M / $1,430 / Available *NOW* / 2nd Floor
- 5111-M / $1,450 / Available *NOW* / 1st Floor
- 2207-M / $1,445 / Available *NOW* / 2nd Floor / Wooded View
- 6207-M / $1,445 / Available *NOW* / 2nd Floor / Wooded View
- 6305-M / $1,430 / Available *NOW* / 3rd Floor
- 4204-M / $1,430 / Available *NOW* / 2nd Floor
- 5307-M / $1,430 / Available 11.09.2024 / 3rd Floor
- 2205-M / $1,430 / Available 12.06.2024 / 2nd Floor

**2-Bedroom 2-Bathroom**

- 2213-M / $1,595 / Available *NOW* / 2nd Floor
- 1313-M / $1,595 / Available *NOW* / 3rd Floor
- 4200-M / $1,650 / Available *NOW* / 3rd Floor
- 1101-M / $1,670 / Available *NOW* / 1st Floor
- 520T-M / $1,650 / Available *NOW* / 2nd Floor
- 4312-M / $1,650 / Available *NOW* / 2nd Floor
- 3313-M / $1,650 / Available *NOW* / 2nd Floor / Wooded View
- 1203-M / $1,665 / Available *NOW* / 2nd Floor / Wooded View
- 1210-T / $1,665 / Available *NOW* / 3rd Floor
- 5315-M / $1,650 / Available *NOW* / 3rd Floor
- 3315- M / $1,650 / Available 10.17.2024 / 3rd Floor
- 2215-M / $1,665 / Available 10.24.2024 / 2nd Floor / Wooded View
- 1215-M / $1,665 / Available 11.26.2024 / 2nd Floor / Wooded View

**3-Bedroom 2-Bathroom**

- 7200-M / $1,880 / Available *NOW* / 2nd Floor

*All rental quotes listed reflect a monthly price for a 12-month lease term; 6-11-month lease terms available with additional monthly fee.*
Our incredible on-site amenities and luxurious apartments provide residents with a superior apartment living experience like nowhere else, right here in Southern Pines!

All of our 1, 2, & 3-Bedroom apartment floorplans include:
• Full Size Energy Washer and Dryer installed in all units
• Beautiful Granite Countertops
• Spacious Walk-In Closets
• Ceiling Fans
• Private Patio/Balcony

We are eager to share our beautiful community and superior apartment living experience with you and your family!
Please feel free to contact our office any time by phone, or e-mail at tylersridge@druckerandfalk.com. Our team is always here to help with any questions you may have! We hope to see you soon!
Have a wonderful day!

Best Wishes,
Lindsey Suitt



**Lindsey Suitt**
Tylers Ridge at Sand Hills
500 Moonseed Lane Carthage NC 28327
https://www.tylersridgeapartments.com/

Rather text? Reply to (910) 543-8663, or opt-in here.

**EXHIBIT**
**2**

**From:** Tylers Ridge at Sand Hills Phase I <no-reply@rentcafe.com>
**Date:** October 24, 2024 at 12:59:27 MST
**To:** m.ammel3222@gmail.com
**Subject: User Registration Confirmation**
**Reply-To:** tylersridge@druckerandfalk.com



Apartment Living Designed for YOU

Dear Matthew,

Thank you for registering on Online Lease Execution! Your account has been successfully created.

Username: M.ammel3222@gmail.com

To better help you find a place to live, we've forwarded your information to the following property:

**Tylers Ridge at Sand Hills Phase I**
500 Moonseed Lane
Carthage, NC 28327

Your credentials will be valid on all RENTCafé powered web sites.

EXHIBIT
3

**From:** Tylers Ridge at Sand Hills Phase I <no-reply@rentcafe.com>
**Date:** October 24, 2024 at 13:01:51 MST
**To:** m.ammel3222@gmail.com
**Subject: ID Successfully Verified**
**Reply-To:** tylersridge@druckerandfalk.com



## Apartment Living Designed for YOU

Dear Matthew,

Congratulations! Your ID has been successfully verified. You can now log in and continue your online leasing application.

Continue My Application



© Copyright © 2018 Drucker & Falk LLC. All Rights Reserved. All rights reserved.

THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout thereof.

**From:** Tylers Ridge at Sand Hills Phase I <no-reply@rentcafe.com>
**Date:** October 24, 2024 at 13:16:14 MST
**To:** m.ammel3222@gmail.com
**Subject: Debit Card Added**
**Reply-To:** tylersridge@druckerandfalk.com



## Apartment Living Designed for YOU

Dear Matthew,

This email confirms your addition of a new debit card to your profile. To review the account information, please log in to your Guest account at:
https://tylersridgeapartments.securecafe.com/onlineleasing/tylers-ridge-at-sand-hills/guestlogin.aspx

Please keep this email for your personal records.

Your account security is important to us. If you find that any of the above is inaccurate or you did not authorize this account addition, please contact us immediately.



© Copyright © 2018 Drucker & Falk LLC. All Rights Reserved. All rights reserved.

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout thereof.*

500 Moonseed Lane, Carthage, NC 28327

This email was sent to m.ammel0222@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Tylers Ridge at Sand Hills clicking here. You can opt out of all email notifications from DF Apartments clicking here.

**From:** Tylers Ridge <tylersridge@druckerandfalk.com>
**Date:** October 26, 2024 at 08:25:23 MST
**To:** m.ammel3222@gmail.com
**Subject: ACTION REQUIRED - Security Deposit Payment Information**

Hello Matthew,

_You have been approved for an apartment with us with a <mark>security deposit of $200.00</mark>_

- Please log-on to your online portal <mark>NO LATER THAN 5:00pm on MONDAY 10/28/2024</mark>, with the username and email address created at the time of your application through the Applicant Portal (CLICK HERE), **to make your security deposit payment**.  Use the drop-down menu, to select the _Application Charges_ tab. There, you will see the posted security deposit fee, and directions for making your payment.

- **If your $200.00 Security Deposit is not paid in the time frame indicated above, your application with Tyler's Ridge will be transferred to our Waiting List** for a future available apartment, and the unit you are currently assigned to will be placed back on our website for rent.

**YOUR IMMEDIATE ACTION IS NEEDED.**  If you have any questions or concerns, please do not hesitate to reach out to our office.  Thank you for choosing to call Tyler's Ridge home, and please feel free to contact our office at any time with any further questions or inquiries.

Best Wishes,

Ali

<div style="border:2px solid black">

**EXHIBIT**

**4**

</div>

**From:** Tylers Ridge at Sand Hills Phase I <no-reply@rentcafe.com>
**Date:** October 26, 2024 at 12:52:20 MST
**To:** m.ammel3222@gmail.com
**Subject: Your Rental Application - Additional Payment Confirmation**
**Reply-To:** tylersridge@druckerandfalk.com



## Apartment Living Designed for YOU

Dear Matthew,

Thank you for the payment on your application to Tylers Ridge at Sand Hills Phase I.

This email confirms that we have received the following payment.Please save this email for your personal records.

**PAYMENT INFORMATION**
Payment confirmation number: 795447
Payment Date : 10/26/2024
Payment Amount: $200.00

To view or edit your online application account, click the link below and select the Guest Login tab.
https://www.dfapartments.com/apartments/nc/carthage/tylers-ridge-at-sand-hills-phase-i/index.aspx

In the meantime, if you have any questions about the application process, please contact us at (855) 894-5946.

**PROPERTY:**
Tylers Ridge at Sand Hills Phase I
500 Moonseed Lane
Carthage,NC 28327
tylersridge@druckerandfalk.com



© Copyright © 2018 Drucker & Falk LLC. All Rights Reserved. All rights reserved.

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout thereof.*

You expressly acknowledge that any payments made by you to a property manager, owner, or a party other than Yardi ("Payee", will be submitted to Yardi, as a payment collection agent of the Payee, solely for the limited purpose of accepting and processing such payments. The delivery of the payment by you to Yardi, which acts as the limited payment collection agent of the Payee, shall satisfy your payment obligation to the Payee. Once such payment is received by Yardi on your behalf, you authorize Yardi to electronically credit the funds into the bank account designated by you (e.g., the bank account belonging to the Payee). In the event that Yardi does not properly remit any such payment amounts to the Payee, the Payee will only have recourse against Yardi and not you directly. Assuming you have tendered the proper amount of funds due to us, your payment obligation to the Payee is extinguished upon our receipt of the funds. There is no risk of loss to you if Yardi fails to remit the funds to the Payee.

500 Moonseed Lane, Carthage, NC 28327

This email was sent to m.ammel3222@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Tylers Ridge at Sand Hills clicking here. You can opt out of all email notifications from DF Apartments clicking here.