

```
                IN THE GENERAL COURT OF JUSTICE
                    DISTRICT COURT DIVISION
                 MOORE COUNTY, NORTH CAROLINA
                       25CV000606-620

HEATHER LYNNE AMMEL,            )
        Plaintiff;              )
                                )
                                )
                                )
        vs.                     )
                                )
                                )
                                )
                                )
MATTHEW JOSEPH AMMEL,           )
        Defendant.              )
- - - - - - - - - - - - - - - - -


                   _____

                            DEPOSITION

                               OF

                       HEATHER LYNNE AMMEL

                   _____


At Pinehurst, North Carolina
August 13, 2025
At 12:03 P.M. to 3:33 P.M.
Reported by:  Cynthia J. Dotson



                        COBB COURT REPORTING
                            6331 NC 27E
                    COATS, NORTH CAROLINA 27521
                             _____
ORIGINAL                   919 894-7249
```

COBB COURT REPORTING                          coatsrpt@aol.com
6331 NC 27E; COATS, NC 27521                      919-894-7249

A P P E A R A N C E S

FOR THE PLAINTIFF:        Ms. Whitney S.P. Foushee
                          Van Camp, Meacham & Newman
                          P.O. Box 1389
                          Pinehurst, NC 28370

FOR THE DEFENDANT:        Mr. Brent Tanner
                          Parker Bryan Britt
                          Tanner & Jenkins
                          133 Fayetteville St.
                          Suite 500
                          Raleigh, NC 27602

ALSO PRESENT:             Mr. Matthew Ammel

I N D E X

                                                              Page

Direct Examination by Mr. Tanner . . . . . . . . . . .    5

Certificate of Notary Public/Reporter. . . . . . . .    139

```
 1                   S T I P U L A T I O N S
 2           It is hereby stipulated and agreed between the parties
 3      to this action, through their respective counsel of record:
 4           (1) That the deposition of Heather Lynne Ammel may be
 5      taken on  August 13, 2025, at the offices of Van Camp,
 6      Meacham & Newman, 2 Regional Circle, Pinehurst, North
 7      Carolina, before Cynthia J. Dotson, Notary Public/Reporter.
 8           (2) That this examination shall be taken for the
 9      purpose of discovery, or for use as evidence in the above-
10      entitled action, or for both purposes.
11           (3) That this deposition is deemed opened and all
12      formalities and requirements with respect to opening the
13      same, expressly including notice of the opening of this
14      deposition, are hereby waived, and this deposition shall
15      have the same effect as if all formalities in respect to
16      opening the same had been complied with in detail.
17           (4) The North Carolina Rules of Civil Procedure shall
18      control the taking of said deposition and the use thereof in
19      court.
20           (5) Objections to questions and motions to strike
21      answers need not be made during the taking of this
22      deposition, but may be made for the first time during the
23      progress of the trial of this case, or any pretrial hearing
24      held before any superior court judge or magistrate for the
25      purpose of ruling thereon, or at any other hearing of said
```

1 case at which said deposition might be used, except that an
2 objection as to the form of a question must be made at the
3 time such question is asked or objection is waived as to the
4 form of the question.
5     (6) That the witness hereby waives the right to read
6 and sign this deposition.
7     (7) That the sealed original transcript of this
8 deposition shall be mailed first-class postage or hand
9 delivered to the party taking the deposition for
10 preservation and delivery to the court, if and when
11 necessary.

13                 _____

```
 1              WHEREUPON,
 2          Heather Lynne Ammel,
 3          Having first been duly sworn, was
 4          examined and testified as follows:
 5  DIRECT EXAMINATION BY MR. TANNER:
 6  Q    All right.  If you could just identify yourself.
 7  A    Heather Ammel.
 8  Q    Okay.  And you're a party in the action?
 9  A    Yes.
10  Q    Okay.  And that action's against your husband,
11       Matthew?
12  A    Yes.
13  Q    Okay.  Ever had a deposition before?
14  A    No.
15  Q    And you understand today that you're tasked with
16       telling the truth?
17  A    Yes.
18  Q    And do you understand what telling the truth is?
19  A    Yes.
20  Q    So the example I always use is if I were to say that
21       the sky is red currently, would that be true or not
22       true?
23  A    Not true.
24  Q    Okay.  You understand that you have to be of a sound
25       mind to testify today, so --
```

1   A    **Well, now the state of our relationship and marriage,**
2        **things have changed. So in the past, when we were**
3        **married and then living in the same household, it was**
4        **a different story. It's not the same anymore.**
5   Q    So once you separated, he's not able to have that kind
6        of care and control and time with the kids?
7   A    **He hasn't demonstrated that he is a capable coparent.**
8   Q    How's that?
9   A    **Well, for one, his schedule keeps him away the**
10       **majority of the month. Prior to separation, he chose**
11       **to be away for ninety percent of the month, and now he**
12       **only has an issue with the custody now that he's**
13       **restricted.**
14   Q   What do you mean, restricted?
15   A   **His time with them is now limited, I should say.**
16   Q   Would you have an issue if your time was restricted
17       with the kids?
18   A   **Yes, but I am a capable mother.**
19   Q   And you don't think he's a capable father?
20   A   **I question if he is.**
21   Q   Why?
22   A   **He's mentally unwell.**
23   Q   You think he's mentally unwell. What else?
24   A   **His daily drug use.**
25   Q   If things he were taking were pursuant to

```
 1   Q    And this is right before approaching the eventual
 2        separation?
 3   A    Six months before.
 4   Q    Okay.  And you say November 1st.  Was that when
 5        someone vacated the residence?
 6   A    Matt vacated the residence.
 7   Q    And was he living there prior to then?
 8   A    Technically.
 9   Q    What do you mean, technically?
10   A    He was not home often.
11   Q    Okay.  Was he home ever between May '24 and November
12        of '24?
13   A    Yes.  He was home sometimes.
14   Q    Sometimes.  Okay.  And at that point in time, were you
15        done with the marriage?
16   A    No.
17   Q    During this May incident?
18   A    No.
19   Q    No.  So you were -- despite that you were still
20        wanting to stick it out?
21   A    I was trying to work on my marriage.
22   Q    Okay.  And just so I'm clear, neither one of you ever
23        filed any domestic violence actions against the other,
24        did you?
25   A    We did not.
```

1    or no?
2  A  **No.**
3  Q  Okay.  Ever been Islamic?
4  A  **Can't say that I have.**
5  Q  Okay.  What about Nathan Grant?  Do you know what
6    religion he is?
7  A  **I think he's Christian.**
8  Q  He's never been Islamic, right?
9  A  **No, I don't think so.**
10 Q  Okay.
11         MR. TANNER:  All right.  That's all I got.  Thank
12   you.
13
14         (THEREUPON THE WITNESS WAS DISMISSED.)
15

```
 1  State of North Carolina
 2  Wake County
 3
 4                    C E R T I F I C A T E
 5
 6       I, Cynthia J. Dotson, Notary Public/Reporter, do
 7  hereby certify that Heather Lynne Ammel was duly sworn by
 8  me prior to the taking of the foregoing deposition:  And
 9  that said deposition was taken by me and that the foregoing
10  138 pages constitute a true and accurate transcript of the
11  testimony of the witness.
12       I do further certify that I am not of counsel for or
13  in the employment of either of the parties to this action,
14  nor am I interested in the results of this action.
15       In witness whereof, I have hereunto subscribed my name
16  this 27th day of August, 2025.
17
18
19                          _____
20                          Cynthia J. Dotson
21                          Certificate No. 19972120061
22
23
```