EXHIBIT

C







