# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HEATHER AMMEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26CV38 |
| | ) | |
| KYRSTEN SINEMA, | ) | |
| | ) | |
| Defendant. | ) | |

# **NOTICE**
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

PLACE: **Hiram H. Ward Bldg., 251 N. Main St.,**
**Winston-Salem, NC, Courtroom No. 4**
DATE & TIME: **August 19, 2026 – 10:00 a.m.**
PROCEEDING: **Evidentiary Hearing on Issue of Personal Jurisdiction**

---

Lawrence H. Cunningham, Clerk

By:     /s/ Debbie Blay, Case Manager

Date:  May 8, 2026

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD