| | |
|---|---|
| **From:** | Steve Epstein |
| **To:** | Tom VanCamp; Mary Catherine Coltrane; Larisa Fitch |
| **Cc:** | Sandy Chrisawn |
| **Subject:** | RE: Ammel v. Sinema |
| **Date:** | Tuesday, May 12, 2026 2:39:41 PM |
| **Attachments:** | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image011.png |

Respectfully and to the contrary Tom, the subpoenas we served today relate directly to the issues raised in both Matt and Heather Ammel's declarations as to (the competing versions of) the state of their relationship at the time of Defendant's inadvertent contacts into the State of North Carolina. In particular, Mr. Ammel's declaration refers to his contacts with both Tylers Ridge in securing an apartment and with your client's therapist, Mr. Brown, as to the ongoing separation process. To the extent that your client contends she and Mr. Ammel still had an active marriage that wasn't in the process of ending when my client's inadvertent contacts occurred, we certainly have a right to seek third-party evidence contradicting her contentions.

In no way did the order entered by Judge Bragdon confine discovery to means and methods more restrictive than the Rules of Civil Procedure permit, in particular, the use of subpoenas under Rule 45. Indeed, that the order permits each party to take TWO depositions makes clear he anticipates discovery will extend beyond the parties themselves.

We intend to pursue both party and non-party discovery relevant to the issues raised by our prior pleadings and respectfully decline your demand that we withdraw our subpoenas.





Steven B. Epstein
Partner | Licensed in NC

# Poyner Spruill LLP

ATTORNEYS AT LAW

**D:** 919.783.2846 | **F:** 919.783.1075

301 Fayetteville St., Suite 1900
Raleigh, NC 27601

**From:** Tom VanCamp <thomasv@vancamplaw.com>
**Sent:** Tuesday, May 12, 2026 2:20 PM
**To:** Sandy Chrisawn <SChrisawn@poynerspruill.com>; Mary Catherine Coltrane <marycatherine@vancamplaw.com>; Larisa Fitch <larisa@vancamplaw.com>
**Cc:** Steve Epstein <SEpstein@poynerspruill.com>
**Subject:** RE: Ammel v. Sinema

Steve, please consider this correspondence the plaintiff's attempt to resolve a discovery dispute prior to making the necessary filing with the Court. The subpoenas your office issued are not permitted under the current court order, which is limited to jurisdictional discovery including a limited number of interrogatories, document requests, and depositions. There is no reference to third party subpoenas. Further, the discovery is limited to jurisdictional issues (minimum contacts) and it appears your subpoenas are an attempt to address the merits of the case. Specifically, the nature of the marital relationship. As I understand the court order, we are to focus on your client's contacts with the State of North Carolina. I would respectfully request you withdraw the subpoenas. If the subpoenas are not withdrawn by 5 pm Wednesday the 13th, you leave me no alternative but to file our objections with the court. Regards, Tom

**From:** Sandy Chrisawn <SChrisawn@poynerspruill.com>
**Sent:** Tuesday, May 12, 2026 1:36 PM
**To:** Tom VanCamp <thomasv@vancamplaw.com>; Mary Catherine Coltrane <marycatherine@vancamplaw.com>; Larisa Fitch <larisa@vancamplaw.com>
**Cc:** Steve Epstein <SEpstein@poynerspruill.com>
**Subject:** Ammel v. Sinema

Attached please find a copy of Subpoena issued today in the subject case. Please call if you have questions.

Have a great afternoon.

Sandy



**Sandy Chrisawn**
Legal Assistant

**Poyner Spruill** LLP
ATTORNEYS AT LAW
**D:** 919.783.2807 | **F:** 919.783.1075
301 Fayetteville St., Suite 1900
Raleigh, NC 27601

Assistant to David Long, Steven B. Epstein, Thomas H. Davis, Jr., Emily Meeker & Abigail R. Jenkins

\*\*\*\*\*\*\*\*

This message constitutes a confidential attorney-client communication. If you have received this communication in error, do not read it. It is not intended for transmission to, or receipt by, any unauthorized persons. Please delete it from your system without copying it, and notify the sender by reply email or by calling 919-783-6400, so that our address record can be corrected. Thank you.

\*\*\*\*\*\*\*\*

This message constitutes a confidential attorney-client communication. If you have received this communication in error, do not read it. It is not intended for transmission to, or receipt by, any unauthorized persons. Please delete it from your system without copying it, and notify the sender by reply email or by calling 919-783-6400, so that our address record can be corrected. Thank you.