# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
CIVIL ACTION NO. 1:26-cv-00038

|  |  |  |
|---|---|---|
| **HEATHER AMMEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **WITHDRAWAL OF OBJECTIONS,** |
| **v.** | ) | **MOTION TO QUASH** |
| | ) | **DEFENDANT'S SUBPOENA TO** |
| **KYRSTEN SINEMA,** | ) | **REGISTERED AGENT FOR TYLER'S** |
| | ) | **RIDGE APARTMENTS, LLC** |
| **Defendant.** | ) | |
| | ) | |

NOW COMES Plaintiff Heather Ammel, by and through the undersigned counsel, and hereby gives notice of the withdrawal of Plaintiff's Objections and Motion to Quash Defendant's Subpoena to Registered Agent for Tyler's Ridge Apartments, LLC. In support of her Notice of Withdrawal, the undersigned shows unto the Court as follows:

1. On May 12, 2026, Defendant, by and through her counsel, served two Subpoenas upon non-parties to the case.

2. Defendant subpoenaed the registered agent for Tyler's Ridge Apartments, LLC [Dkt. 22-1], requesting that it produce "All documents and electronically stored information related to Matthew Joseph Ammel transmitted or received between October 1, 2024, and November 30, 2024, including but not limited to visit/showing documentation, rental applications, security deposit documentation, correspondence, electronic communications, and lease-related materials."

3. On May 14, 2026, Plaintiff filed her Objections, Motion to Quash Defendant's Subpoenas, and Motion for Protective Order [Dkt. 22], pursuant to Rules 26 and 45(d)(3) of the Federal Rules of Civil Procedure, moving this Court to quash and/or enter a protective order

1

precluding response to Defendant's Subpoenas.

4. On May 19, 2026, Magistrate Judge Joi Elizabeth Peake allowed issuance of up to five (5) subpoenas by each party issued to third parties related to the issue of personal jurisdiction.

5. On May 26, 2026, counsels for Plaintiff and Defendant conferred about the matter. Therefore, Plaintiff's Objections and Motion to Quash Defendant's Subpoena to the Registered Agent for Tyler's Ridge Apartments, LLC, based on this representation, is moot.

WHEREFORE, the undersigned respectfully withdraws Plaintiff's Objections and Motion to Quash Defendant's Subpoena to the Registered Agent for Tyler's Ridge Apartments, LLC.

This, the 27th day of May 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**
*Attorneys for Plaintiff*

By: */s/ Thomas M. Van Camp*
Thomas M. Van Camp, N.C. State Bar No. 16872
Mary Catherine Coltrane, N.C. State Bar No. 60820
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile:  (910) 295-5101
thomasv@vancamplaw.com
marycatherine@vancamplaw.com

2

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that the undersigned has this date served the foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF OBJECTIONS, MOTION TO QUASH DEFENDANT'S SUBPOENA TO REGISTERED AGENT FOR TYLER'S RIDGE APARTMENTS, LLC** upon the persons listed below via e-mail addressed as follows:

Steven B. Epstein, Esq.
*Attorney for Defendant Kyrsten Sinema*
301 Fayetteville Street
Suite 1900
Post Office Box 1801 (27602-1801)
Raleigh, North Carolina 27601
Telephone: (919) 783-2846
Facsimile:  (919) 783-1075
sepstein@poynerspruill.com

This, the 27th day of May 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**
*Attorneys for Plaintiff*

By:  */s/ Thomas M. Van Camp*
Thomas M. Van Camp, N.C. State Bar No. 16872
Mary Catherine Coltrane, N.C. State Bar No. 60820
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile:  (910) 295-5101
thomasv@vancamplaw.com
marycatherine@vancamplaw.com

3