HEATHER AMMEL,

                Plaintiff,

   v.

KYRSTEN SINEMA,

                Defendant.

**STIPULATION RESOLVING PLAINTIFF'S OBJECTIONS, MOTION TO QUASH DEFENDANT'S SUBPOENAS, AND MOTION FOR A PROTECTIVE ORDER**

Plaintiff Heather Ammel and Defendant Kyrsten Sinema, by and through their respective counsel, hereby enter into the following stipulation in order to resolve Plaintiff's Objections, Motion to Quash Defendant's Subpoenas, and Motion for a Protective Order, DE 22.

1.     Plaintiff has withdrawn her motion with respect to Defendant's subpoena to Tyler's Ridge Apartments, LLC.

2.     With respect to Defendant's subpoena to Chad Brown, LMFT, LCAS, PLLC, the parties stipulate and agree as follows:

    a.  Defendant will withdraw her subpoena and not seek documents directly from Mr. Brown;

    b.  Plaintiff will respond fully to Defendant's Request for Production of Documents No. 3, served on May 18, 2026, which seeks production of "[a]ll notes and records of your therapy sessions with Chad Brown, LMFT, LCAS that refer to: (1) your marriage to Matthew Joseph Ammel; (2) the possibility of separation between you and Matthew Joseph Ammel; and/or (3) Defendant."

Plaintiff will request and obtain from Mr. Brown all documents responsive to this request and will produce such documents to Defendant.

Respectfully submitted the 28th day of May, 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**

By: /s/ Thomas M. Van Camp
Thomas M. Van Camp
N.C. State Bar No. 16872
thomasv@vancamplaw.com
P.O. Box 1389
Pinehurst, NC 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101

*Attorneys for Plaintiff Heather Ammel*

**POYNER SPRUILL LLP**

By: /s/ Steven B. Epstein
Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075

*Attorneys for Defendant Kyrsten Sinema*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> Thomas M. Van Camp
> Mary Catherine Coltrane
> Van Camp, Meacham & Newman, PLLC
> Post Office Box 1389
> Pinehurst, NC  28370
> thomasv@vancamplaw.com
> marycatherine@vancamplaw.com

This the 28th day of May 2026.

> /s/ Steven B. Epstein
> Steven B. Epstein