IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
FILE No. 1:26-cv-00038-DAB-JEP

HEATHER AMMEL,

Plaintiff,

v.

KYRSTEN SINEMA,

Defendant.

## **JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

Plaintiff Heather Ammel and Defendant Kyrsten Sinema, by and through their respective undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 26.2, hereby jointly request the entry of the attached Stipulated Confidentiality Order. As grounds for said motion, the parties state that discovery materials exist that contain information which is highly confidential and protected from disclosure by statute, including but not limited to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). The parties have agreed that, despite such protections, the confidential materials should be produced in this action, provided that they are protected from further disclosure to third parties, and that procedures are set forth to enable parties to file such confidential documents under seal in accordance with Local Rule 5.4. They have worked together in good faith to draft and agree upon the proposed confidentiality order and now seek entry of that order by the Court, in whatever form the Court deems most appropriate.

1

Respectfully submitted this 22nd day of June, 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**

By: /s/ Thomas M. Van Camp
Thomas M. Van Camp
N.C. State Bar No. 16872
thomasv@vancamplaw.com
P.O. Box 1389
Pinehurst, NC 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
*Attorneys for Plaintiff Heather Ammel*

**POYNER SPRUILL LLP**

By: /s/ Steven B. Epstein
Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075
*Attorneys for Defendant Kyrsten Sinema*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> Thomas M. Van Camp
> Mary Catherine Coltrane
> Van Camp, Meacham & Newman, PLLC
> Post Office Box 1389
> Pinehurst, NC 28370
> thomasv@vancamplaw.com
> marycatherine@vancamplaw.com

This the 22nd day of June 2026.

> /s/ Steven B. Epstein
> Steven B. Epstein

3