EXHIBIT B

**Pricilla Clemmons**

**From:** Pricilla Clemmons
**Sent:** Friday, July 31, 2026 10:41 AM
**To:** Pricilla Clemmons
**Subject:** FW: Activity in Case 1:26-cv-00038-DAB-JEP AMMEL v. SINEMA Order

**From:** ECF@ncmd.uscourts.gov <ECF@ncmd.uscourts.gov>
**Sent:** Tuesday, May 19, 2026 9:54 AM
**To:** ecf@ncmd.uscourts.gov
**Subject:** Activity in Case 1:26-cv-00038-DAB-JEP AMMEL v. SINEMA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**North Carolina Middle District**

**Notice of Electronic Filing**

The following transaction was entered on 5/19/2026 at 9:54 AM EST and filed on 5/19/2026
**Case Name:** AMMEL v. SINEMA
**Case Number:** 1:26-cv-00038-DAB-JEP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER issued by MAG/JUDGE JOI ELIZABETH PEAKE on 5/19/2026, Jurisdictional discovery may include up to 5 subpoenas by each party issued to third parties related to the issue of personal jurisdiction, subject to any Motions to Quash filed by the third parties. To the extent Plaintiff has filed a Motion for Protective Order, specifically raising issues regarding the scope of discovery, privilege, and whether discovery sought by Defendant is relevant to the issue of personal jurisdiction, the Court notes that Defendant's response is due May 28, 2026, and Plaintiff's Reply will be due June 4, 2026. The Parties must meet and confer and file a Joint Status Report by June 11, 2026. If a hearing on Plaintiff's Moton is necessary, it will be held on June 18, 2026 at 9:30 a.m. in Winston-Salem, North Carolina. (sh)**

**1:26-cv-00038-DAB-JEP Notice has been electronically mailed to:**

STEVEN B. EPSTEIN sepstein@poynerspruill.com, autodocket@poynerspruill.com, jking@poynerspruill.com, mhill@poynerspruill.com, schrisawn@poyners.com

THOMAS M. VAN CAMP thomasv@vancamplaw.com, erica@vancamplaw.com, larisag@vancamplaw.com

**1:26-cv-00038-DAB-JEP Notice will not be electronically mailed to:**