EXHIBIT
E

**Pricilla Clemmons**

**From:** Pricilla Clemmons
**Sent:** Friday, July 31, 2026 10:12 AM
**To:** Pricilla Clemmons
**Subject:** RE: Potential Bad Address Discovered for Reference ID 1:26-cv-00038 Exhibit E

**From:** noreply@abclegal.com <noreply@abclegal.com>
**Sent:** Thursday, July 16, 2026 7:19 PM
**To:** Larisa Fitch <larisa@vancamplaw.com>
**Subject:** Potential Bad Address Discovered for Reference ID 1:26-cv-00038

Email from ABC Legal.

We tried to serve **Matthew Ammel** but found the address is no longer valid.

**Reference ID:** 1:26-cv-00038

**Case #:**1:26-CV-00038

**Identified On:** 07/16/2026

**Address:** 10 Sonoma Ave, San Luis Obispo, CA 93405-7605
**Reason:** I spoke with an individual who identified themselves as the gaurd at the gate of camp san luis obispo and they stated subject unknown. Military base. Denied access and subject is not known as currently on the roster. Subpoena is not able to be served at the listed address

We need a new address to try to serve **Matthew Ammel**.

**Choose Address**

When choosing the next address, you can:

· Choose from a list of potential addresses

· Order an investigation

· Enter your own address

We appreciate your business.

Thank you,
ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your email notifications from your profile settings.