IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HEATHER AMMEL,

               Plaintiff,

   v.

KYRSTEN SINEMA,

               Defendant.

1:26-CV-00038

## **ORDER**

Plaintiff Heather Ammel filed this action alleging alienation of affection and punitive damages in Moore County Superior Court. (D.E. 1-2.) Defendant Kyrsten Sinema filed a notice of removal to this Court. (D.E. 1.) Ms. Sinema later moved to dismiss the action for lack of personal jurisdiction. (D.E. 14.) Considering the relevant standards, this Court allowed limited discovery solely on the issue of personal jurisdiction and scheduled an evidentiary hearing for August 19, 2026. (D.E. 20.) The deadline for such jurisdictional discovery was July 31, 2026. (*Id*.)

On August 3, 2026, Ms. Ammel filed a motion to compel compliance with discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure. (D.E. 30.) As an initial matter, Ms. Ammel should, by August 7, 2026, file a motion for leave requesting that the Court accept her motion to compel, which was filed after the July 31, 2026 deadline. The motion should explain why the Court should permit the late filing under Rule 6(b) of the Federal Rules of Civil Procedure.

Additionally, because the evidentiary hearing is scheduled for August 19, 2026, Ms. Sinema's deadline to respond to the motion to compel (D.E. 30) is August 14, 2026. Ms. Ammel's reply brief deadline is August 18, 2026.

The parties should be prepared to address both the motion to dismiss for lack of personal jurisdiction (D.E. 14) and the motion to compel (D.E. 30) at the evidentiary hearing.

Any supplemental briefs concerning personal jurisdiction shall be filed by August 12, 2026. By that same date, the parties shall also notify the Court in writing whether they intend to call any witnesses at the evidentiary hearing.

This the 4th day of August, 2026.

 /s/ David A. Bragdon
United States District Judge

2