IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEATHER AMMEL,<br><br>Plaintiff,<br><br>v.<br><br>KYRSTEN SINEMA,<br><br>Defendant. | 1:26-CV-00038 |

**ORDER**

Plaintiff Heather Ammel filed this action alleging alienation of affection and punitive damages in Moore County Superior Court. (D.E. 1-2.) Defendant Kyrsten Sinema filed a notice of removal to this Court. (D.E. 1.) Ms. Sinema later moved to dismiss the action for lack of personal jurisdiction. (D.E. 14.) Considering the relevant standards, this Court allowed limited discovery solely on the issue of personal jurisdiction and scheduled an evidentiary hearing for August 19, 2026. (D.E. 20.) The deadline for such jurisdictional discovery was July 31, 2026. (*Id.*)

On August 3, 2026, Ms. Ammel filed a motion to compel compliance with discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure. (D.E. 30.) This Court asked Ms. Ammel to file a motion for leave explaining why the Court should accept the filing after the discovery deadline. (D.E. 32.) Ms. Ammel subsequently filed a motion for leave requesting this Court accept her motion to compel. (D.E. 35.)

"The district court has discretion to consider an untimely motion to compel if the movant 'offer[s] an acceptable explanation for [the motion's] tardiness.'" *U.S. ex rel. Becker v. Westinghouse Savannah River Co*., 305 F.3d 284, 290 (4th Cir. 2002) (quoting *Spencer Med. Assocs. v. Comm'r*, 155 F.3d 268, 273 (4th Cir. 1998)). Ms. Ammel's motion for leave explained that discovery remained ongoing through the last day of the discovery period and the parties were continuing to attempt to resolve the outstanding discovery issues informally on July 31, 2026. Ms. Ammel then filed her motion to compel on the next business day, August 3, 2026. This Court finds that this explanation is acceptable. (D.E. 30.)

Accordingly, Ms. Ammel's motion for leave (D.E. 35) is GRANTED.

This the 11th day of August, 2026.

*/s/ David A. Bragdon*
United States District Judge