**6/17/24, 4:41 PM**
iPhone (87) (19132403852)

Ok maybe it's better to figure out a plan once we know about your back

**6/17/24, 4:41 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah

**6/17/24, 4:41 PM**
iPhone (87) (19132403852)

When do you land in phoenix

**6/17/24, 4:42 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

5.5 hrs

**6/17/24, 4:42 PM**
iPhone (87) (19132403852)

All right catch you on the flip. Love you

**6/17/24, 4:42 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I love you!

**6/17/24, 5:34 PM (Viewed 6/17/24, 5:41 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)



**6/21/24, 9:33 PM**
iPhone (87) (19132403852)

Cool cool. See you soon! Love you

**6/21/24, 9:33 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I love you!

**6/22/24, 12:13 AM**
Matthew Ammel (matthew.ammel@hotmail.com)

Pulling up to the gate now

**6/22/24, 12:14 AM**
iPhone (87) (19132403852)

Almost there

**6/22/24, 9:38 AM**
Matthew Ammel (matthew.ammel@hotmail.com)

File attachment with MIME type: application/x-tika-ooxml

**6/22/24, 1:14 PM**
iPhone (87) (19132403852)

We're doing one more stop then I'll be home. I can meet you at your moms if you go over before I get back

**6/22/24, 1:21 PM (Viewed 6/22/24, 1:29 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Ok

**6/22/24, 1:56 PM**
iPhone (87) (19132403852)

Any plans with Scott?

**6/22/24, 2:13 PM**
iPhone (87) (19132403852)

Do you need to get anything to fix the gate bc we need to poop bags for scout

**6/22/24, 2:13 PM (Viewed 6/22/24, 2:14 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

No my dad should have what I need

**6/23/24, 2:16 AM (Viewed 6/23/24, 2:17 AM)**

Matthew Ammel (matthew.ammel@hotmail.com)




**6/24/24, 9:33 AM**

iPhone (87) (19132403852)

I need to say this over text. She's insidious. Yes, she might care about you and want to help you, but it's to her own gain. This is a woman who is willing to break up a family. Why do you want to align yourself with someone who doesn't respect your marriage and family? She's a home wrecker. She knows you're vulnerable, and has taken advantage of that. And I get why you feel comforted by her. But underlying that is more darkness. She has you in her web now. I'm telling you if our marriage ends, and you continue this emotional affair (if not physical at this point) the girls will never forgive you. That is not a threat either. It's just what will happen. And I don't want to see them damaged in that way. Please do not throw away our family that I love SO much for someone as selfish as she is. I love you more than anything. I don't ever want to lose you. I'm going to do everything in power to fix my shit so we can have a happy marriage. I need to know that you are willing too.

**7/10/24, 8:36 PM**
iPhone (87) (19132403852)

pdf

https://equivocality.com/files/healing-separation.pdf
(Sent with URL)

**7/10/24, 8:36 PM**
iPhone (87) (19132403852)
Message was edited 7/10/24, 8:36 PM

I think that this is exactly what both of us want and need.

**7/10/24, 9:06 PM**
iPhone (87) (19132403852)

We have the cutest kids on the planet. Cooper melts my heart.

**7/10/24, 9:06 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah he's a sweet boy

**7/11/24, 6:10 AM**
iPhone (87) (19132403852)

I miss you.

**7/11/24, 8:00 AM**
iPhone (87) (19132403852)

Good luck today. I know you'll crush it. I love you!

**7/11/24, 10:09 AM (Viewed 7/11/24, 10:11 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Thanks baby. I love you too.

**7/11/24, 10:09 AM (Viewed 7/11/24, 10:11 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Are you okay with the girls babysitting my buddy across the streets 9 mo old?

**7/15/24, 1:55 PM (Viewed 7/15/24, 1:57 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

She was supposed to be:
Monday 10-4
Tuesday 11-4
Wed 11-4
Thursday 10-4

**7/15/24, 1:55 PM (Viewed 7/15/24, 1:57 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

I think pay is negotiable

**7/15/24, 5:24 PM**

iPhone (87) (19132403852)

Sydney declined bc of school

**7/15/24, 5:25 PM (Viewed 7/15/24, 5:27 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Is Josie interested? I can ask if 14 is too young

**7/15/24, 5:27 PM**

iPhone (87) (19132403852)

Next time I see her I'll ask. But she's at camp

**7/15/24, 5:28 PM**

Matthew Ammel (matthew.ammel@hotmail.com)

Ok

**7/15/24, 5:28 PM**

Matthew Ammel (matthew.ammel@hotmail.com)

I wonder if Allie would be interested

**7/15/24, 5:29 PM**

iPhone (87) (19132403852)

She goes back to school in a month too

**7/15/24, 5:32 PM**

iPhone (87) (19132403852)

Protect your peace this week, Matt. I know you're having a tough time. I love you, and I'm always here to support you.

**7/15/24, 5:34 PM**

iPhone (87) (19132403852)

I feel a little sappy with Clara growing up so fast

**7/15/24, 5:36 PM (Viewed 7/15/24, 5:37 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I think it's only for a couple weeks

**7/15/24, 5:58 PM**
iPhone (87) (19132403852)

Liked "I think it's only for a couple weeks"

**7/15/24, 5:59 PM**
iPhone (87) (19132403852)

Sydney says she has other plans this month too

**7/15/24, 6:09 PM**
iPhone (87) (19132403852)

Now I know why Clara was requesting scones the last few days 😂

**7/15/24, 8:48 PM**
iPhone (87) (19132403852)

I love you babe! Good night

**7/15/24, 11:18 PM (Viewed 7/16/24, 5:43 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I love you too!

**7/16/24, 7:56 AM**
iPhone (87) (19132403852)

If you're free to talk to us now, the kids are all up and I'm going to head out soon

**7/16/24, 8:00 AM**
Matthew Ammel (matthew.ammel@hotmail.com)

I've got to take Dan to the airport. I should be back in like 2 hours

**7/16/24, 8:01 AM**
iPhone (87) (19132403852)

Ok, Chris is going to work his magic on the kids phone this morning. Well try to catch you after that.

**7/16/24, 8:03 AM**
Matthew Ammel (matthew.ammel@hotmail.com)

Cool

7/18/24, 12:36 PM
iPhone (87) (19132403852)

I am also making an effort on my end to give you what you requested

7/18/24, 12:40 PM
iPhone (87) (19132403852)

I like positive feedback too matt.

7/18/24, 12:47 PM
Matthew Ammel (matthew.ammel@hotmail.com)

Yes I agree. Thank you Heather. I mean it.

7/18/24, 12:48 PM
iPhone (87) (19132403852)

I love you

7/18/24, 1:02 PM (Viewed 7/18/24, 1:05 PM)
Matthew Ammel (matthew.ammel@hotmail.com)

I love you too.

7/18/24, 1:03 PM (Viewed 7/18/24, 1:05 PM)
Matthew Ammel (matthew.ammel@hotmail.com)

There might be something wrong with my lungs/heart. Just a heads up.

7/18/24, 1:06 PM
iPhone (87) (19132403852)

I'm here for you

7/18/24, 1:09 PM
Matthew Ammel (matthew.ammel@hotmail.com)

I know

7/18/24, 1:10 PM
Matthew Ammel (matthew.ammel@hotmail.com)

I thought I was going to go down hiking with her insanely fit friends. Like not just out of shape hurting

7/18/24, 1:10 PM
iPhone (87) (19132403852)

I know you've talked about it before. Is exos going to look into that for you

**7/19/24, 1:24 PM**
iPhone (87) (19132403852)

Please treat us like we are a team. Otherwise you wont see me as your other half. I understand you are overwhelmed, and understandably so. I'm here to support you. I love you.

**7/19/24, 3:37 PM**
iPhone (87) (19132403852)

I quit my therapist and paid Mendy

**7/19/24, 4:07 PM (Viewed 7/19/24, 4:14 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Good job baby! I'll call you back when we are back.

**7/19/24, 7:03 PM**
iPhone (87) (19132403852)

What's your guided meditation that you use? I tried headspace and it's so/so

**7/19/24, 7:13 PM (Viewed 7/19/24, 7:33 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)



**7/19/24, 7:13 PM (Viewed 7/19/24, 7:33 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

https://www.youtube.com/watch?v=W19PdslW7iw
(Sent with URL)

**7/22/24, 8:08 AM (Viewed 7/22/24, 8:11 AM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Yeah everything is okay. My thing with felicity sent me into a tale spin a little bit. I'll call after I'm done with my meetings today.

**7/22/24, 8:13 AM**

iPhone (87) (19132403852)

I love you and I'm thinking of you. You're going to do great today # one foot in front of the other.

**7/22/24, 9:29 AM**

Matthew Ammel (matthew.ammel@hotmail.com)

Thanks! I love you too!

**7/22/24, 6:13 PM**

iPhone (87) (19132403852)

Give me a call if you want

**7/22/24, 6:30 PM (Viewed 7/22/24, 6:33 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Okay. I'm driving out to this lake. I'll call soon

**7/22/24, 6:33 PM**

iPhone (87) (19132403852)

Liked "Okay. I'm driving out to this lake. I'll call soon"

**7/22/24, 7:31 PM**

iPhone (87) (19132403852)

There's a 6:10 am flight that gets in at 3:30 pm. I know that's pretty early

**7/23/24, 8:31 PM**
iPhone (87) (19132403852)

I love you matt! I'm sorry you're stuck in shitty Charlotte but I'm exited to see you

**7/23/24, 8:31 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I love you too! I'll see you in the morning

**7/23/24, 8:32 PM**
iPhone (87) (19132403852)

Come sleep in your comfy bed. You won't bother me

**7/23/24, 8:34 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Okay

**7/23/24, 8:36 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

This flight is going to get canceled. It doesn't leave until 1200 now

**7/23/24, 8:36 PM**
iPhone (87) (19132403852)



One more 😍

**7/23/24, 8:36 PM**
iPhone (87) (19132403852)

You're squinting in the same way 😆

**8/2/24, 10:55 AM**
iPhone (87) (19132403852)

Did you back up your photos with the sandisk

**8/3/24, 7:07 PM**
iPhone (87) (19132403852)

Second act half way to Kansas

Message not delivered.

**8/4/24, 2:27 PM**
iPhone (87) (19132403852)

When you get back do you want to go pick out steak with me?

**8/4/24, 7:10 PM**
iPhone (87) (19132403852)

I know you're mad. I'm sorry if it seemed like I wasn't on your side with the kids phone. I am. I laughed at scout making a funny sound and I had too much to drink too. These past couple weeks have been really soothing for me with our marriage. Ive loved connecting with you recently. It's felt so good compared to all the bad we've been through.I want to keep moving in that positive direction. Hiccups and ups and downs are normal. Please keep moving forward with me. I love you.

**8/5/24, 9:55 AM**
Matthew Ammel (matthew.ammel@hotmail.com)

Can you switch the laundry for me?

**8/5/24, 9:55 AM**
iPhone (87) (19132403852)

Liked "Can you switch the laundry for me?"

**8/7/24, 3:25 PM**
iPhone (87) (19132403852)

Where you at homie? You disappeared

**8/7/24, 5:17 PM (Viewed 8/7/24, 5:27 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

We had to leave early for the city. Sitting I. Traffic

**8/7/24, 5:28 PM**
iPhone (87) (19132403852)

No worries

**8/7/24, 7:57 PM**
iPhone (87) (19132403852)

Why did you end up going into the city early

**8/7/24, 8:16 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Traffic. I'm at dinner. I can call back in like 45.

**8/7/24, 9:19 PM**
iPhone (87) (19132403852)

We're going to head to bed. Are you free in the morning to call?

**8/7/24, 9:20 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah. I'll call when I wake up

**8/7/24, 9:21 PM**
iPhone (87) (19132403852)

All righty love you! 😘

**8/7/24, 9:21 PM (Viewed 8/7/24, 9:24 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I love you too!

**8/8/24, 12:35 AM**
iPhone (87) (19132403852)

If the trees are going to fall will it be on the house or away most likely? The weather is bad. I feel like I should move the kids downstairs

**8/13/24, 6:54 AM (Viewed 8/13/24, 6:55 AM)**

Matthew Ammel (matthew.ammel@hotmail.com)

You should baby. But it's going to be okay. I love you!

**8/13/24, 7:00 AM**

iPhone (87) (melansonh@yahoo.com)

I love you too

**8/13/24, 4:18 PM**

iPhone (87) (melansonh@yahoo.com)

Alive 🐆

**8/13/24, 4:32 PM (Viewed 8/13/24, 4:48 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Loved "Alive 🐆"

**8/13/24, 4:34 PM (Viewed 8/13/24, 4:48 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)



**8/13/24, 4:48 PM**

iPhone (87) (melansonh@yahoo.com)

Wow! That looks incredible!

**8/13/24, 4:50 PM**

iPhone (87) (melansonh@yahoo.com)

First baby dose DMT. The eye mask turned into astronaut goggles.

**8/13/24, 4:51 PM**

Matthew Ammel (matthew.ammel@hotmail.com)

Loved "First baby dose DMT. The eye mask turned into astr…"

**8/14/24, 8:04 AM (Viewed 8/14/24, 8:16 AM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Hey, where is that form for the girls saved?

**8/17/24, 2:25 PM**

iPhone (87) (melansonh@yahoo.com)

Loved an image

**8/17/24, 2:27 PM**

iPhone (87) (melansonh@yahoo.com)

What are you boys up to?

**8/17/24, 2:39 PM**

Matthew Ammel (matthew.ammel@hotmail.com)

Lookin for trouble. Trying to wrestle a bear

**8/17/24, 8:30 PM**

Matthew Ammel (matthew.ammel@hotmail.com)



**8/17/24, 8:31 PM**

iPhone (87) (melansonh@yahoo.com)

Loved an image

**8/17/24, 8:32 PM**

iPhone (87) (melansonh@yahoo.com)

Good night! I love you two!

**9/3/24, 11:46 AM**
iPhone (87) (melansonh@yahoo.com)

Ok thanks. Have a good flight. I love you

**9/3/24, 1:48 PM**
iPhone (87) (melansonh@yahoo.com)

I'm planning on getting tickets soon for the new beetle juice this weekend bc the girls are asking to go. If you want to come, we can wait for you and do a family movie Sunday?

**9/3/24, 3:08 PM (Viewed 9/3/24, 3:09 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah of course

**9/3/24, 3:18 PM (Delivered 9/3/24, 3:13 PM)**
iPhone (87) (melansonh@yahoo.com)



It's gorgeous out. Wish you were here

**9/3/24, 3:22 PM**
iPhone (87) (melansonh@yahoo.com)

I'm taking CG TO jiu jitsu. With how busy her schedule might be, do you think do a 10 pass vs unlimited monthly?

Handmade. Its bigger than it looks

9/4/24, 11:34 AM (Viewed 9/4/24, 11:38 AM)
Matthew Ammel (matthew.ammel@hotmail.com)

That's not what she said!

9/4/24, 11:34 AM (Viewed 9/4/24, 11:38 AM)
Matthew Ammel (matthew.ammel@hotmail.com)

That looks great!

9/4/24, 11:38 AM
iPhone (87) (melansonh@yahoo.com)

😉

9/4/24, 3:52 PM
iPhone (87) (melansonh@yahoo.com)

Keep me posted how everything goes and when you're settled back into the hotel. I hope it goes smoothly! I love you!

9/4/24, 5:03 PM (Viewed 9/4/24, 5:06 PM)
Matthew Ammel (matthew.ammel@hotmail.com)

I will. I'm about to go back now.

9/4/24, 5:07 PM
iPhone (87) (melansonh@yahoo.com)



9/4/24, 5:07 PM
iPhone (87) (melansonh@yahoo.com)
Message was edited 9/4/24, 5:07 PM

He's doing great!

**9/7/24, 5:03 PM**
iPhone (87) (melansonh@yahoo.com)

Til they go to bed

**9/7/24, 5:03 PM**
iPhone (87) (melansonh@yahoo.com)

Please just answer

**9/7/24, 5:03 PM**
iPhone (87) (melansonh@yahoo.com)

Please

**9/7/24, 5:03 PM**
iPhone (87) (melansonh@yahoo.com)

I’m having a breakdown please answer

**9/7/24, 5:03 PM**
iPhone (87) (melansonh@yahoo.com)

Please I’m your wife

**9/7/24, 5:03 PM**
iPhone (87) (melansonh@yahoo.com)

I love you. Please

**9/7/24, 5:04 PM**
iPhone (87) (melansonh@yahoo.com)

Matt I begging you

**9/7/24, 5:04 PM**
iPhone (87) (melansonh@yahoo.com)

Two kind

**9/7/24, 5:04 PM**
iPhone (87) (melansonh@yahoo.com)

Mins

**9/7/24, 5:04 PM**
iPhone (87) (melansonh@yahoo.com)

Please matt

**9/7/24, 5:04 PM**
iPhone (87) (melansonh@yahoo.com)

Are you going to leave me

**9/23/24, 5:56 PM**

Matthew Ammel (matthew.ammel@hotmail.com)

Bodhis dad got the message

**9/23/24, 5:58 PM**

iPhone (87) (melansonh@yahoo.com)

Liked "Bodhis dad got the message"

**9/23/24, 6:23 PM**

iPhone (87) (melansonh@yahoo.com)

Can you talk around 8?

**9/23/24, 6:33 PM (Viewed 9/23/24, 6:49 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

Yeah

**9/23/24, 6:54 PM**

iPhone (87) (melansonh@yahoo.com)

Can you call back when you have reception

**9/23/24, 8:23 PM**

iPhone (87) (melansonh@yahoo.com)

I love you babe! Good night 😘

**9/24/24, 7:13 AM**

iPhone (87) (melansonh@yahoo.com)

Any chance you can catch the late flight tomorrow night to be here for cooper in the morning? He's having a tough time.

**9/24/24, 7:40 AM**

Matthew Ammel (matthew.ammel@hotmail.com)

Sorry I missed your text last night. I love you too!

Yes I just changed it.

**9/24/24, 7:40 AM**

Matthew Ammel (matthew.ammel@hotmail.com)

Are you in class this morning?

**9/24/24, 7:41 AM**

iPhone (87) (melansonh@yahoo.com)

Thank you! It will make his day. I go to class at 9:30.

**10/6/24, 7:15 PM**
iPhone (87) (melansonh@yahoo.com)

I know you've got a busy week ahead but if you have a few spare minutes this puts it really well. About how to do a structured separation. I love you and I hope you have a good week.

**10/7/24, 10:09 AM**
iPhone (87) (melansonh@yahoo.com)

The therapist can see us Thursday the 17th at 2

**10/7/24, 10:40 AM (Viewed 10/7/24, 10:44 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Loved "I know you've got a busy week ahead but if you hav…"

**10/7/24, 10:40 AM (Viewed 10/7/24, 10:44 AM)**
Matthew Ammel (matthew.ammel@hotmail.com)

Liked "The therapist can see us Thursday the 17th at 2"

**10/7/24, 12:31 PM**
iPhone (87) (melansonh@yahoo.com)

I got our taxes situated if you get a second to call I can run you through it

**10/7/24, 1:26 PM (Viewed 10/7/24, 1:52 PM)**
Matthew Ammel (matthew.ammel@hotmail.com)

I have to do this clearance thing. I will call before we leave.

**10/7/24, 1:52 PM**
iPhone (87) (melansonh@yahoo.com)

Liked "I have to do this clearance thing. I will call bef…"

**10/7/24, 3:07 PM**
iPhone (87) (melansonh@yahoo.com)

Are you finished with the clearance

**10/18/24, 7:58 AM**
iPhone (87) (melansonh@yahoo.com)

Can we please get back to neutral? I would like to do something with you today, even if that's yoga.

**10/18/24, 8:02 AM**
iPhone (87) (melansonh@yahoo.com)

Would it be ok if I meet you after your tree job?

**10/18/24, 10:04 AM**
iPhone (87) (melansonh@yahoo.com)

I am running errands for your bday. Could you please call me?

**10/18/24, 2:01 PM**
iPhone (87) (melansonh@yahoo.com)



**10/18/24, 2:02 PM**
iPhone (87) (melansonh@yahoo.com)



♡ I love you.

3:46

MA

Matt

That was little dude that called

It didn’t ring. Does he still want to talk?

I love you! Text me when you arrive

I love you too

Oct 27, 2024 at 9:30 PM



Text Message · SMS

**10/29/24, 11:56 AM**
iPhone (87) (melansonh@yahoo.com)

Did the flight feel long

**10/29/24, 11:56 AM**
Matthew Ammel (matthew.ammel@hotmail.com)

I was able to sleep for most of it. The lay down seats are nice

**10/29/24, 12:01 PM**
iPhone (87) (melansonh@yahoo.com)

Are you feeling jet lagged

**10/29/24, 12:02 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

Yeah I'm ready to sleep

**10/29/24, 12:03 PM**
iPhone (87) (melansonh@yahoo.com)

Ok, I love you! Text or call me tomorrow if you have time

**10/29/24, 12:03 PM**
Matthew Ammel (matthew.ammel@hotmail.com)

I love you too! I will

**10/29/24, 7:40 PM**
iPhone (87) (melansonh@yahoo.com)



**11/13/24, 5:13 PM (Viewed 11/13/24, 5:20 PM)**

Matthew Ammel (matthew.ammel@hotmail.com)

He might be built for baseball

**11/13/24, 5:20 PM**

iPhone (87) (melansonh@yahoo.com)

I was just thinking the same.

**11/13/24, 5:25 PM**

iPhone (87) (melansonh@yahoo.com)



**11/13/24, 7:52 PM**

iPhone (87) (melansonh@yahoo.com)

I love you! Good night

**11/14/24, 7:28 AM**

iPhone (87) (melansonh@yahoo.com)

You sure you don't want to sleep here tomorrow after having that procedure? I hate to think of you sleeping on an air mattress with your back

**11/14/24, 8:28 AM**

iPhone (87) (melansonh@yahoo.com)

I had a feeling it was a little bit of both with cooper and that I should've sent him to school. He can be pretty convincing tho

**11/14/24, 8:29 AM**

iPhone (87) (melansonh@yahoo.com)

Will you be able to do yoga Sunday?

**11/14/24, 8:30 AM**

Matthew Ammel (matthew.ammel@hotmail.com)

Message is a reply to thread: "I had a feeling it was a little bit of both with cooper and that I should've sent him to school. He can be pretty convincing tho "

Yeah I know. I'll tell him he needs to go so I can take him out of school when I'm home and do stuff.

**11/15/24, 6:34 PM**

Matt (9132404005)

For sure. We've got a big break coming too

**11/15/24, 6:34 PM**

iPhone (87) (melansonh@yahoo.com)

Sounds good. See you tomorrow

**11/15/24, 6:35 PM**

Matt (9132404005)

Good night

**11/15/24, 6:36 PM**

iPhone (87) (melansonh@yahoo.com)

In case the door blows off, I love you.

**11/15/24, 6:36 PM (Viewed 11/15/24, 6:37 PM)**

Matt (9132404005)

It'd make things easy at least

**11/15/24, 6:36 PM (Viewed 11/15/24, 6:37 PM)**

Matt (9132404005)

I love you

**11/15/24, 6:37 PM**

iPhone (87) (melansonh@yahoo.com)

Laughed at "It'd make things easy at least"

**11/15/24, 6:37 PM (Viewed 11/15/24, 6:38 PM)**

Matt (9132404005)

All of this extra O2 in my system and I might float

**11/15/24, 6:38 PM**

Matt (9132404005)

That would be my luck

**11/15/24, 6:38 PM**

iPhone (87) (melansonh@yahoo.com)

Hahahaha

**11/15/24, 6:39 PM**

iPhone (87) (melansonh@yahoo.com)

All the way 😉