**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
CIVIL ACTION NO. 1:26-cv-00038

| | | |
|---|---|---|
| **HEATHER AMMEL,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **NOTICE OF WITNESSES** |
| **KYRSTEN SINEMA,** | ) | |
| **Defendant.** | ) | |

**NOW COMES** the Plaintiff, Heather Ammel, by and through their undersigned counsel and pursuant to the instructions of the Court and hereby make the following disclosures of witnesses she plans to call upon during the Evidentiary Hearing taking place on 19 August 2026.

1. Heather Ammel, Plaintiff
2. Kyrsten Sinema, Defendant
3. Matthew Ammel

This, the 12th day of August 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**
*Attorneys for Plaintiff*

By: */s/ Thomas M. Van Camp*
Thomas M. Van Camp, N.C. State Bar No. 16872
Mary Catherine Coltrane, N.C. State Bar No. 60820
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com
marycatherine@vancamplaw.com

<u>**CERTIFICATE OF SERVICE**</u>

THIS IS TO CERTIFY that the undersigned has this date served the foregoing **PLAINTIFF'S NOTICE OF WITNESSES** upon the persons listed below via e-mail addressed as follows:

Steven B. Epstein, Esq.
*Attorney for Defendant Kyrsten Sinema*
301 Fayetteville Street
Suite 1900
Post Office Box 1801 (27602-1801)
Raleigh, North Carolina 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075
sepstein@poynerspruill.com

This, the 12th day of August 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**
*Attorneys for Plaintiff*

By: */s/ Thomas M. Van Camp*
Thomas M. Van Camp, N.C. State Bar No. 16872
Mary Catherine Coltrane, N.C. State Bar No. 60820
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com
marycatherine@vancamplaw.com