UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-00038-DAB-JEP

HEATHER AMMEL,

Plaintiff,

v.

KYRSTEN SINEMA,

Defendant.

## DEFENDANT'S NOTICE OF INTENT TO CALL LIVE WITNESSES

Defendant Kyrsten Sinema, by and through her undersigned counsel, and pursuant to this Court's Order entered on August 4, 2026, DE 32, hereby notifies the Court and all counsel and parties that she intends to call live witnesses at the August 19, 2026 evidentiary hearing.

Respectfully submitted the 12th day of August, 2026.

**POYNER SPRUILL LLP**

By: /s/ Steven B. Epstein
Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
Abigail R. Jenkins
N.C. State Bar No. 63998
ajenkins@poynerspruill.com
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075

*Attorneys for Defendant Kyrsten Sinema*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

> Thomas M. Van Camp
> Mary Catherine Coltrane
> Van Camp, Meacham & Newman, PLLC
> Post Office Box 1389
> Pinehurst, NC  28370
> thomasv@vancamplaw.com
> marycatherine@vancamplaw.com

This the 12th day of August, 2026.

/s/ Steven B. Epstein
Steven B. Epstein