**EXHIBIT 2**

---

**From:** Brent Tanner <brent.tanner@parkerbryanfamilylaw.com>
**Sent:** Monday, August 3, 2026 1:38 PM
**To:** Mary Catherine Coltrane <marycatherine@vancamplaw.com>; Steve Epstein <sepstein@poynerspruill.com>; Tom VanCamp <thomasv@vancamplaw.com>; Mike Newman <michaeln@vancamplaw.com>; Abby Jenkins <ajenkins@poynerspruill.com>; Pricilla Clemmons <pricilla@vancamplaw.com>
**Subject:** RE: [External]Document Production (Matthew Ammel)

As a follow-up to the email below and the documents submitted, it is Mr. Ammel's position that he was never properly served with the deposition/subpoena notice for purposes of procedural accuracy.

Thank you,

Brent Tanner

---