# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

HEATHER AMMEL
Plaintiff(s)
v.
KYRSTEN SINEMA
Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case No. 1:26CV38

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| David A. Bragdon | T. Van Camp & M. Coltrane | S. Epstein & A. Jenkins |
| | Court Reporter | Courtroom Deputy |
| | Jane Allen | Debbie Blay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 08/19/26 | | | Kyrsten Sinema sworn |
| X | | 08/19/26 | | | Heather Ammel sworn |
| | X | 08/19/26 | | | Heather Ammel |
| | X | 08/19/26 | | | Kyrsten Sinema |