UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HEATHER AMMEL,<br><br>Plaintiff,<br><br>v.<br><br>KYRSTEN SINEMA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26CV38 |

ORDER

This matter is before the Court on the Parties' Joint Rule 26(f) Report [Doc. #47]. The Court has reviewed the Joint Report and approves it as submitted and as noted herein.

The Court notes that the Parties should confirm a single agreed-upon mediator within 21 days of this Order, so that the mediator can be appointed in the case. If a mediator is not selected within 21 days, the Clerk will select a mediator from the Court's panel of mediators.

The Court notes that all discovery must be completed by May 14, 2027, and that deadline may not be altered by agreement of the Parties absent a Court Order.

IT IS THEREFORE ORDERED that the Parties' Joint Rule 26(f) Report [Doc. #47] is approved as submitted and as noted herein.

This, the 2nd day of November, 2026.

Joi Elizabeth Peake
United States Magistrate Judge