**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| HEATHER AMMEL | ) | |
| | ) | |
| v. | ) | 1:26-CV-38 |
| | ) | |
| KYRSTEN SINEMA | ) | |

**ORDER**

It appearing that the parties have selected, by agreement, STEVE DUNN, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that STEVE DUNN is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 12th day of November, 2026.

/s/ Melisa Bond for
LAWRENCE H. CUNNINGHAM
Clerk of Court