UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-00038-DAB-JEP

| | |
|---|---|
| HEATHER AMMEL,<br><br>Plaintiff,<br><br>v.<br><br>KYRSTEN SINEMA,<br><br>Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUESTS FOR ADMISSION, SECOND SET OF INTERROGATORIES AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Defendant Kyrsten Sinema ("Defendant"), by and through undersigned counsel and with the consent of Plaintiff, hereby moves the Court for an extension of time to respond to Plaintiff's Second Requests for Admission, Second Set of Interrogatories and Second Requests for Production of Documents ("Second Discovery"). In support of this motion, Defendant shows unto the Court the following:

1. Plaintiff served the Second Discovery on November 2, 2026.

2. Defendant's responses to Plaintiff's Second Discovery are currently due on December 2, 2026.

3. Defendant requests a limited, 14-day extension of time to respond to Plaintiff's Second Discovery through and including Wednesday December 16, 2026.

4. Defendant's counsel needs the additional time to fully investigate and respond to Plaintiff's Second Discovery.

5. This motion is made in good faith and not for the purposes of delay. This extension of time will not affect the dates in the scheduling Order (Dkt 48).

6. Pursuant to Local Rule 6.1(a), Defendant's counsel consulted with Plaintiff's counsel prior to the filing of this motion. Plaintiff has consented to Defendant's motion for a 14-day extension of time in which to respond to Plaintiff's Second Discovery.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant a 14-day extension of time in which to respond to Plaintiff's Second Discovery, through and including Wednesday, December 16, 2026.

Respectfully submitted the 19th day of November 2026.

**POYNER SPRUILL LLP**

By: /s/ Steven B. Epstein

Steven B. Epstein
N.C. State Bar No. 17396
sepstein@poynerspruill.com
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075

*Attorney for Defendant Kyrsten Sinema*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 19th day of November 2026.

/s/ Steven B. Epstein
Steven B. Epstein