**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
CIVIL ACTION NO. 1:26-cv-00038

| | |
|---|---|
| **HEATHER AMMEL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KYRSTEN SINEMA,**<br><br>**Defendant.** | **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SECOND SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** |

NOW COMES Plaintiff Heather Ammel (hereinafter the "Plaintiff"), by and through undersigned counsel and with the consent of the Defendant, by and through Defendant's counsel, hereby moves the Court for an extension of time to respond to Defendant's Second Set of Interrogatories and First Request for Production of Documents to Plaintiff (hereinafter the "Second Discovery"). In support of this Motion, Plaintiff shows unto the Court the following,

1. On November 11, 2026, the Defendant served the Second Discovery.

2. Plaintiff's responses to Defendant's Second Discovery are currently due on December 11, 2026.

3. The time for responding to Defendant's Second Discovery has not yet expired, and Plaintiff needs additional time to formulate and serve a response.

4. Defendant requests a limited, 14-day extension of time to respond to Defendant's Second Discovery through and including December 28, 2026.

5. This Motion is made in good faith and not for the purposes of delay. This extension of time will not affect the dates in the Scheduling Order. [Dkt 48]

6. Pursuant to Local Rule 6.1(a), Plaintiff's counsel consulted with Defendant's counsel prior to the filing of this Motion. Defendant has consented to Plaintiff's Motion for a 14-day extension of time in which to respond to Defendant's Second Discovery.

WHEREFORE, Plaintiff respectfully requests that this Consent Motion for Extension of Time to Respond to Defendant's Second Set of Interrogatories and First Request for Production of Documents to Plaintiff be GRANTED, and that the time for Plaintiff to serve a response to the Defendant's Second Set of Interrogatories and First Request for Production of Documents to Plaintiff be extended to and including December 28, 2026.

Respectfully submitted the 19th day of November 2026.

**VAN CAMP, MEACHAM & NEWMAN, PLLC**
*Attorneys for Plaintiff*

By: */s/ Thomas M. Van Camp*
Thomas M. Van Camp, N.C. State Bar No. 16872
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com
Mary Catherine Coltrane, N.C. State Bar No. 60820

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this date served the foregoing **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SECOND SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Steven B. Epstein, Esq.
*Attorney for Defendant Kyrsten Sinema*
301 Fayetteville Street
Suite 1900
Post Office Box 1801 (27602-1801)
Raleigh, North Carolina 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075
sepstein@poynerspruill.com

This, the 19th day of November 2026.

VAN CAMP, MEACHAM & NEWMAN, PLLC
*Attorneys for Plaintiff*

By: */s/ Thomas M. Van Camp*
Thomas M. Van Camp, N.C. State Bar No. 16872
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com
Mary Catherine Coltrane, N.C. State Bar No. 60820