UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEATHER AMMEL,<br><br>Plaintiff,<br><br>v.<br><br>KYRSTEN SINEMA,<br><br>Defendant. | 1:26CV38 |

**ORDER**

This cause came to be heard upon the Defendant Kyrsten Sinema's Consent Motion for Extension of Time to Respond to Plaintiff's Second Requests for Admission, Second Set of Interrogatories and Second Requests for Production of Documents. The Court finds good cause to allow the request by consent.

IT IS THEREFORE ORDERED that Defendant's Consent Motion [Doc. #50] is GRANTED. The deadline for Defendant to respond to Plaintiff's Second Requests for Admission, Second Set of Interrogatories and Second Requests for Production of Documents is extended, through and including Wednesday, December 16, 2026.

This, the 23rd day of November, 2026.

Joi Elizabeth Peake
United States Magistrate Judge