UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEATHER AMMEL,<br><br>Plaintiff,<br>v.<br><br>KYRSTEN SINEMA,<br><br>Defendant. | 1:26CV38 |

**ORDER**

This cause came to be heard upon Plaintiff's, Heather Ammel, Consent Motion for Extension of Time to Respond to Defendant's Second Set of Interrogatories and First Request for Production of Documents to Plaintiff. The Court finds good cause to allow the request by consent.

IT IS THEREFORE ORDERED that Plaintiff's Consent Motion [Doc. #51] is GRANTED. Plaintiff is granted an extension of fourteen (14) days, up to and including December 28, 2026, to respond to Defendant's Second Set of Interrogatories and First Request for Production of Documents to Plaintiff.

This, the 23rd day of November, 2026.

Joi Elizabeth Peake
United States Magistrate Judge