**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
CIVIL ACTION NO. 1:26-cv-00038

| | | |
|---|---|---|
| **HEATHER AMMEL,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **NOTICE OF WITHDRAWAL** |
| **KYRSTEN SINEMA,** | ) | |
| **Defendant.** | ) | |

Pursuant to Local Civil Rule 83.1(e)(1) and Rule 1.16 of the Revised Rules of Professional Conduct of the North Carolina State Bar, Attorney Mary Catherine Coltrane gives the Court Notice of her Withdrawal as counsel for Plaintiff Heather Ammel (hereinafter "Plaintiff") and shows unto the Court as follows:

1. Plaintiff's counsel for the underlying matter is Thomas M. Van Camp, Michael J. Newman, and Mary Catherine Coltrane of Van Camp, Meacham & Newman, PLLC.

2. Ms. Coltrane has recently transitioned to another law firm. Given such transition, Ms. Coltrane wishes to formally withdraw from this case and leave representation of Plaintiff entirely to Mr. Van Camp and Mr. Newman.

3. The withdrawal of Ms. Coltrane as counsel for Plaintiff will not delay this proceeding and no prejudice will result to any party.

4. Mr. Van Camp will remain Plaintiff's counsel of record.

5. Plaintiff and Mr. Van Camp consent to Ms. Coltrane's withdrawal.

WHEREFORE, Ms. Coltrane withdraws her appearance by filing this formal Notice of Withdrawal.

This, the 24th day of November 2026.

**GAILOR HUNT DAVIS & TAYLOR, PLLC**
*Withdrawing Counsel for Plaintiff*

By: */s/ Mary Catherine Coltrane*__________

Mary Catherine Coltrane, N.C. State Bar No. 60820
1101 Haynes Street, Suite 201
Raleigh, North Carolina 27604
Telephone: (919) 832-8488
Facsimile: (919) 832-8283
Email: mccoltrane@divorceistough.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this date served the foregoing **NOTICE OF WITHDRAWAL** using the CM/ECF system, which will send notification of such filing to all counsel of record.

Thomas M. Van Camp
Michael J. Newman
*Attorneys for Plaintiff*
Post Office Box 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com
michaeln@vancamplaw.com

Steven B. Epstein
Abigail R. Jenkins
*Attorneys for Defendant*
301 Fayetteville Street
Suite 1900
Post Office Box 1801 (27602-1801)
Raleigh, North Carolina 27601
Telephone: (919) 783-2846
Facsimile: (919) 783-1075
sepstein@poynerspruill.com
ajenkins@poynerspruill.com

This, the 24th day of November 2026.

**GAILOR HUNT DAVIS & TAYLOR, PLLC**
*Withdrawing Counsel for Plaintiff*

By: */s/ Mary Catherine Coltrane*__________
Mary Catherine Coltrane, N.C. State Bar No. 60820
1101 Haynes Street, Suite 201
Raleigh, North Carolina 27604
Telephone: (919) 832-8488
Facsimile: (919) 832-8283
Email: mccoltrane@divorceistough.com